**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern District of New York

Case number (if known): _____   Chapter ___11___

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| **1. Debtor's name** | Casabella Contracting of NY, Inc. |

| | |
|---|---|
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as names* | |

**3. Debtor's federal Employer Identification Number (EIN)**    4 5 – 5 2 5 0 1 5 0

**4. Debtor's address**

**Principal place of business**

 182 Lindsey Avenue
Number        Street

 Buchanan, NY 10511
City                          State    ZIP Code

 Westchester
County

**Mailing address, if different from principal place of business**

Number        Street

P.O. Box

City                          State    ZIP Code

**Location of principal assets, if different from principal place of business**

 2111 Albany Post Road
Number        Street

 Montrose, NY 10548
City                          State    ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

---

Debtor    Casabella Contracting of NY, Inc.       Case number *(if known)* _____
    Name

**7. Describe debtor's business**

*A. Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

*B. Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

*C.* NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

___ ___ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

 ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

 ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

 ☐ A plan is being filed with this petition.

 ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

 ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

 ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
            MM / DD / YYYY

    District _____ When _____ Case number _____
              MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

    District _____ When _____
                MM / DD / YYYY

    Case number, if known _____

Debtor    Casabella Contracting of NY, Inc.                                  Case number *(if known)*
Name

| 11. **Why is the case filed in *this district*?** | *Check all that apply:* |
|---|---|

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

| 12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No |
|---|---|

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number        Street

_____
City                                State    ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency    _____
          Contact name        _____
          Phone               _____

## Statistical and administrative information

| 13. **Debtor's estimation of available funds?** | *Check one:* |
|---|---|

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

| 14. **Estimated number of creditors** | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,000-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

| 15. **Estimated assets** | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor ___Casabella Contracting of NY, Inc._____       Case number *(if known)* _____
Name

| 16. Estimated liabilities | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --**    Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ▪ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- ▪ I have been authorized to file this petition on behalf of the debtor.

- ▪ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___04/22/2022_____
　　　　　　　　MM/  DD/  YYYY

**X** _/s/ Laura Marcela Pignataro_____        ___Laura Marcela Pignataro___
Signature of authorized representative of debtor            Printed name

Title _____President_____

**18. Signature of attorney**

**X** _____/s/ James J. Rufo_____     Date ___04/22/2022_____
Signature of attorney for debtor                             MM/  DD/  YYYY

_James J. Rufo_____
Printed name

_Law Office of James J. Rufo_____
Firm name

_1133 Westchester Avenue W N202_____
Number        Street

_West Harrison_____     _NY___     _10604___
City                               State      ZIP Code

_(914) 600-7161_____     _jrufo@jamesrufolaw.com___
Contact phone                      Email address

_5152210_____     _NY___
Bar number                         State

| Fill in this information to identify the case: |
| --- |
| Debtor name          Casabella Contracting of NY, Inc. |
| United States Bankruptcy Court for the: |
| Southern District of New York |
| Case number (if known): |

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

**1.** **Does the debtor have any cash or cash equivalents?**
☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |
| **2.** **Cash on hand** | $0.00 |

**3.** **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1  The Westchester Bank | Checking account | 6502 | (Unknown) |
| 3.2  Orange Bank & Trust Company | Checking account | 4347 | (Unknown) |

**4.** **Other cash equivalents** *(Identify all)*
None

**5.** **Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          $0.00

### Part 2:   Deposits and prepayments

**6.** **Does the debtor have any deposits or prepayments?**
☑ No. Go to Part 3.
☐ Yes. Fill in the information below.

Current value of debtor's interest

**7.** **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit
None

Debtor    **Casabella Contracting of NY, Inc.**                                    Case number *(if known)* _____
          Name

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

    Description, including name of holder of prepayment

    **None**

9.  **Total of Part 2**

    Add lines 7 through 8 (including amounts on any additional sheets). Copy the total to line 81.                          **$0.00**

---

| Part 3: | Accounts receivable |
|---------|---------------------|

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☑ Yes. Fill in the information below.

    | | Current value of debtor's interest |

11. **Accounts Receivable**

    11a. 90 days old or less:  _____ - _____ = ...... ➔   _____
                               face amount    doubtful or uncollectible accounts

    11b. Over 90 days old:     **$400,000.00** - **$0.00** = ...... ➔   **$400,000.00**
                               face amount    doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.                          **$400,000.00**

---

| Part 4: | Investments |
|---------|-------------|

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

    | | Valuation method used for current value | Current value of debtor's interest |

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    **None**

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of fund or stock:                    % of ownership:

    **None**

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

---

Official Form 106A/B                          **Schedule A/B: Property**                          page **2**

| Debtor | __Casabella Contracting of NY, Inc.__ | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

None

17. **Total of Part 4**

Add lines 14 through 16 (including any additional sheets). Copy the total to line 83.                                                     $0.00

**Part 5:** Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**
☑ No. Go to Part 6.
☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19. **Raw materials**

None

20. **Work in progress**

None

21. **Finished goods, including goods held for resale**

None

22. **Other inventory or supplies**

None

23. **Total of Part 5**

Add lines 19 through 22 (including any additional sheets). Copy the total to line 84.                                                     $0.00

24. **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 6:** Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

Debtor    **Casabella Contracting of NY, Inc.** _____    Case number *(if known)* _____
Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**28.** **Crops — either planted or harvested**

None

**29.** **Farm animals** *Examples*: Livestock, poultry, farm-raised fish

None

**30.** **Farm machinery and equipment** (Other than titled motor vehicles)

None

**31.** **Farm and fishing supplies, chemicals, and feed**

None

**32.** **Other farming and fishing-related property not already listed in Part 6**

None

**33.** **Total of Part 6**
Add lines 28 through 32. Copy the total to line 85.                                                        $0.00

**34.** **Is the debtor a member of an agricultural cooperative?**
☑ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
    ☐ No
    ☐ Yes

**35.** **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes

**36.** **Is a depreciation schedule available for any of the property listed in Part 6?**
☑ No
☐ Yes

**37.** **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 7:**  Office furniture, fixtures, and equipment; and collectibles

**38.** **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
☐ No. Go to Part 8.
☑ Yes. Fill in the information below.

Debtor    **Casabella Contracting of NY, Inc.**

Name

Case number *(if known)*

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.  Office furniture** | | | |
| **None** | | | |
| **40.  Office fixtures** | | | |
| **None** | | | |
| **41.  Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1  **Office Computer** | **(Unknown)** | | **$500.00** |
| **Additional Page Total** - *See continuation page for additional entries* | | | **$9,400.00** |
| **42.  Collectibles** *Examples*: Antiques and figurines; paintings, prints or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| **None** | | | |
| **43.  Total of Part 7** Add lines 39 through 42. Copy the total to line 86. | | | **$9,900.00** |

**44.  Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

**45.  Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 8:**  Machinery, equipment, and vehicles

**46.  Does the debtor own or lease any machinery, equipment, or vehicles?**
☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1  **2009 Toyota Toyota Matrix / VIN: 2T1KE40E69C030037** | **(Unknown)** | | **(Unknown)** |
| 47.2  **2018 Dodge Ram 3500 Crew Cab / VIN: 3C63R3EL8JG159277** | **(Unknown)** | **KBB** | **$46,449.00** |

Debtor    **Casabella Contracting of NY, Inc.**                                    Case number *(if known)* _____
          Name

47.3  **2017 Mack Tri-Axle** / VIN: 1M2AX07C8H032646 _____    **(Unknown)**    _____    **(Unknown)**

**Additional Page Total** - *See continuation page for additional entries*                                    **$142,266.00**

48. **Watercraft, trailers, motors, and related accessories** *Examples*:
    Boats, trailers, motors, floating homes, personal watercraft, and fishing
    vessels

    **None**

49. **Aircraft and accessories**

    **None**

50. **Other machinery, fixtures, and equipment (excluding farm machinery
    and equipment)**

    50.1  **2000 Ingersoll Rand Air Compressor** _____    **(Unknown)**    _____    **(Unknown)**

    **Additional Page Total** - *See continuation page for additional entries*                                    **$0.00**

51. **Total of Part 8**
    Add lines 47 through 50. Copy the total to line 87.                                    **$188,715.00**

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☑ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

**Part 9:**  Real Property

54. **Does the debtor own or lease any real property?**
    ☑ No. Go to Part 10.
    ☐ Yes. Fill in the information below.

| General description | Nature and extent of debtor's interest in property | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | | (Where available) | | |

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has interest**

    **None**

56. **Total of Part 9**
    Add the current value on lines 55.1 through 55.3 and entries from any addition sheets. Copy the total to line 88.                                    **$0.00**

Debtor    **Casabella Contracting of NY, Inc.**                                    Case number *(if known)* _____
      Name

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 10: | Intangibles and Intellectual Property |
|----------|----------------------------------------|

59. **Does the debtor have any interests in intangibles or intellectual property?**
☑ No. Go to Part 11.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|------------------------------------------------------|-----------------------------------------|-------------------------------------|

60. **Patents, copyrights, trademarks, and trade secrets**

    **None**

61. **Internet domain names and websites**

    **None**

62. **Licenses, franchises, and royalties**

    **None**

63. **Customer lists, mailing lists, or other compilations**

    **None**

64. **Other intangibles, or intellectual property**

    **None**

65. **Goodwill**

    **None**

66. **Total of Part 10**
Add lines 60 through 65. Copy the total to line 89.                                    **$0.00**

67. **Do your lists or records include personally identifiable information of customers?** (as defined in 11 U.S.C. §§ 101(41A) and 107)
☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

Debtor    **Casabella Contracting of NY, Inc.**                                           Case number *(if known)* _____
Name

**69.  Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

<div style="background:black; color:white;">**Part 11:**</div>  All other assets

**70.  Does the debtor own any other assets that have not yet been reported on this form?**

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| **71.  Notes receivable** <br> Description (include name of obligor) <br><br> **None** |  |
| **72.  Tax refunds and unused net operating losses (NOLs)** <br> Description (for example, federal, state, local) <br><br> **None** |  |
| **73.  Interests in insurance policies or annuities** <br><br> **None** |  |
| **74.  Causes of action against third parties (whether or not a lawsuit has been filed)** <br><br> 74.1 **Transfers made by Frank Pignataro as Receiver** | $500,000.00 |
| Nature of Claim  __Avoidable Transfers__ |  |
| Amount Requested  **$500,000.00** |  |
| **Additional Page Total** - *See continuation page for additional entries* | $500,000.00 |
| **75.  Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** <br><br> **None** |  |
| **76.  Trusts, equitable or future interests in property** <br><br> **None** |  |
| **77.  Other property of any kind not already listed** *Examples:* Season tickets, country club membership <br><br> **None** |  |
| **78.  Total of Part 11** <br> Add lines 71 through 77. Copy the total to line 90. | $1,000,000.00 |

Debtor    __Casabella Contracting of NY, Inc.__                                    Case number *(if known)* _____
                    Name

---

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

Debtor   **Casabella Contracting of NY, Inc.**                                   Case number *(if known)* _____
     Name

---

**Part 12:**   Summary

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80.** **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $0.00 | |
| **81.** **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| **82.** **Accounts receivable.** *Copy line 12, Part 3.* | $400,000.00 | |
| **83.** **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| **84.** **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| **85.** **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| **86.** **Office furniture, fixtures, and equipment; collectibles.** *Copy line 43, Part 7.* | $9,900.00 | |
| **87.** **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $188,715.00 | |
| **88.** **Real property.** *Copy line 56, Part 9.*.................................................................... → | | $0.00 |
| **89.** **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| **90.** **All other assets.** *Copy line 78, Part 11.* + | $1,000,000.00 | |
| **91.** **Total.** Add lines 80 through 90 for each column...... 91a. | $1,598,615.00 + 91b. | $0.00 |
| **92.** **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 ............................................................................................. | | $1,598,615.00 |

Debtor    **Casabella Contracting of NY, Inc.**                                    Case number *(if known)* _____
           Name

| ■ | **Additional Page** |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **41.** **Office equipment** - *Continued* | | | |
| 41.2  **Office Computer** | (Unknown) | | **$500.00** |
| 41.3  **Office Computer** | (Unknown) | | **$500.00** |
| 41.4  **Office Computer** | (Unknown) | | **$500.00** |
| 41.5  **Office Computer** | (Unknown) | | **$500.00** |
| 41.6  **Office Computer** | (Unknown) | | **$500.00** |
| 41.7  **Office Computer** | (Unknown) | | **$500.00** |
| 41.8  **Office Computer** | (Unknown) | | **$500.00** |
| 41.9  **Office Computer** | (Unknown) | | **$500.00** |
| 41.10  **Laptop Computer** | (Unknown) | | **$300.00** |
| 41.11  **Laptop Computer** | (Unknown) | | **$300.00** |
| 41.12  **Laptop Computer** | (Unknown) | | **$300.00** |
| 41.13  **Blue Iris Camera Security Systme** | (Unknown) | | **$4,500.00** |

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** - *Continued* | | | |
| 47.4  **2019 Ford F250 Super Duty Regular Cab** / VIN: **1FTBF2B64KED89705** | (Unknown) | KBB | $25,464.00 |
| 47.5  **2014 Dodge Ram 3500 Regular Cab Gas** / VIN: **3C63R3BL6EG191056** | (Unknown) | KBB | $33,335.00 |
| 47.6  **2014 Dodge Ram 3500 Regular Cab Diesel** / VIN: **3C63R3BJ1EG252280** | (Unknown) | KBB | $30,309.00 |
| 47.7  **2012 Nissan UD 23 DH** / VIN: JNAC410H2CAD15089 | (Unknown) | | (Unknown) |
| 47.8  **2012 Jeep Grand Cherokee** / VIN: **1C4RJFCT3CC262370** | (Unknown) | KBB | $11,196.00 |
| 47.9  **2003 Ford F350 Super Duty Regular Cab** / VIN: **1FTSF31F33EB27621** | (Unknown) | KBB | $4,990.00 |
| 47.10  **2003 GMC Sierra** / VIN: 1GDJK34103E336947 | (Unknown) | | (Unknown) |
| 47.11  **2020 Dodge Ram Rebel 1500 Crew Cab** / VIN: **1C6SRFLT2LN264942** | (Unknown) | | (Unknown) |
| 47.12  **2019 Mitsubishi Fuso** | (Unknown) | | (Unknown) |
| 47.13  **2005 Chevrolet Express 1500 Cargo** / VIN: **1GCFH15T451169936** | (Unknown) | KBB | $8,770.00 |
| 47.14  **2019 Ford Dump Truck** | (Unknown) | | (Unknown) |

Debtor   **Casabella Contracting of NY, Inc.**                                    Case number *(if known)* _____

Name

## Additional Page

47.15   **2010 Chevrolet Silverado 1500 Regular Cab / VIN:**                    (Unknown)                    (Unknown)
**1GCPCPEX8AZ267565**

47.16   **2013 Ford F150 Regular Cab / VIN: 1FTMF1EM9DKF21407**                 (Unknown)                    (Unknown)

47.17   **2013 Ford Ford F150 Super Cab / VIN:**                                (Unknown)                    (Unknown)
**1FTFX1EF7DFB56449**

47.18   **2013 Ford Ford F150 Super Cab / VIN:**                                (Unknown)                    (Unknown)
**1FTEX1CM5DFC81611**

47.19   **2013 Ford Ford F150 Super Cab / VIN:**                                (Unknown)                    (Unknown)
**1FTEX1EMXDFD85198**

47.20   **2013 Ford Ford F150 Super Cab / VIN:**                                (Unknown)                    (Unknown)
**1FTEX1CM0DFD85195**

47.21   **2013 Ford Ford F150 Super Cab / VIN: 1FTFX1EF6DFA77080**              (Unknown)                    (Unknown)

47.22   **2011 Chevrolet Silverado 2500 HD Regular Cab / VIN:**                 (Unknown)                    (Unknown)
**1GC0KVCG6BF165197**

47.23   **2009 Chevrolet Silverado 1500 Regular Cab / VIN:**                    (Unknown)                    (Unknown)
**1GCEC14X79Z211134**

47.24   **2011 Ford F250 Super Duty Regular Cab / VIN:**                        (Unknown)                    (Unknown)
**1FTBF2B64BEA83894**

47.25   **2003 Ford F350 Super Duty Regular Cab / VIN:**                        (Unknown)                    (Unknown)
**1FTSF31F33EB27621**

47.26   **2006 Ford F250 Super Duty Super Cab / VIN:**                          (Unknown)                    (Unknown)
**1FTSX21506EC74109**

47.27   **2011 Chevrolet Silverado 2500 HD Regular Cab / VIN:**                 (Unknown)                    (Unknown)
**1GC0KVCG6BF160657**

47.28   **2017 Mitsubishi Fuso / VIN: JL6BSE1AXHK002207**                       (Unknown)                    (Unknown)

47.29   **2018 Mack Mack Truck Tri-axle / VIN: 1M2AX07C6JM038399**              (Unknown)                    (Unknown)

47.30   **2001 Ford F250 Super Duty Regular Cab / VIN:**                        (Unknown)                    (Unknown)
**1FTNF21L41EC93804**

47.31   **2003 Ford F350 Super Duty Regular Cab / VIN:**                        (Unknown)                    (Unknown)
**1FTSF31F33EB27621**

47.32   **2005 Chevrolet Express 1500 Cargo / VIN:**                            (Unknown)                    (Unknown)
**1GCFH15T451169936**

47.33   **2012 / Yanmar 100 Excavator**                                         (Unknown)                    (Unknown)

Debtor    **Casabella Contracting of NY, Inc.**                                    Case number *(if known)* _____
          Name

▮    **Additional Page**

| | | | |
|---|---|---|---|
| 47.34 **2014 John Deere 245G / Excavator** | **(Unknown)** | | **(Unknown)** |
| 47.35 **2015 John Deere 333E / Skid Steer** | **(Unknown)** | | **(Unknown)** |
| 47.36 **2014 Bob Cat 650 / Bob Cat Skid Steer** | **(Unknown)** | | **(Unknown)** |
| 47.37 **2015 John Deere 85G Excavator / 85G Excavator** | **(Unknown)** | | **(Unknown)** |
| 47.38 **2015 John Deere 333E Skid Steer / John Deere 333E Skid Steer** | **(Unknown)** | | **(Unknown)** |
| 47.39 **2017 Volvo Triaxle / Volvo Triaxle Dump Truck** | **(Unknown)** | | **(Unknown)** |
| 47.40 **2017 Mack / Mack GU713 Dump Truck** | **(Unknown)** | | **(Unknown)** |
| 47.41 **2017 John Deere / John Deere 350G Excavator** | **(Unknown)** | | **(Unknown)** |
| 47.42 **2017 Dodge Ram 1500 Crew Cab / VIN: 1C6RR7MT0HS529756** | **(Unknown)** | KBB | **$28,202.00** |

**50.**  **Other machinery, fixtures, and equipment -** *Continued*

| | | | |
|---|---|---|---|
| 50.2 **200 Case 580 Super L / Back Hoe** | **(Unknown)** | | **(Unknown)** |
| 50.3 **2001 Bob Cat T200 / Bob Cat - Skid Steer** | **(Unknown)** | | **(Unknown)** |
| 50.4 **2007 Cotra Trailer / Cotra Trailer** | **(Unknown)** | | **(Unknown)** |
| 50.5 **2009 Diamond Cargo Diamond Cargo / Enclosed Trailer** | **(Unknown)** | | **(Unknown)** |
| 50.6 **2009 DI/CA / Trialer** | **(Unknown)** | | **(Unknown)** |

Current value of debtor's interest

**74.**  **Causes of action against third parties (whether or not a lawsuit has been filed) -** *Continued*

74.2 **Casabella Landscaping, Inc.**                                                      **$500,000.00**

Nature of Claim    **Fraudulent Transfers of Debtor's equipment and vehicles to Casabella Landscaping, Inc.**

Amount Requested    **$500,000.00**

Fill in this information to identify the case:

Debtor name _____Casabella Contracting of NY, Inc._____

United States Bankruptcy Court for the:

_____Southern District of New York_____

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property           12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2.** List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | *Column A* | *Column B* |
| --- | --- | --- |
|  | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.1**

| **Creditor's name** | **Describe debtor's property that is subject to a lien** | $100,168.43 | unknown |
| --- | --- | --- | --- |

Belway Electrical Contracting Corp.

**Describe the lien**
Breach of Contract - Judgment

**Creditor's mailing address**
66 South Central Avenue
Elmsford, NY 10523

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Creditor's email address, if known**
_____

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Date debt was incurred** _____

**Last 4 digits of account number**  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No.
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**3.** Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.             $2,847,077.59

| Debtor | Casabella Contracting of NY, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of claim**<br>Do not deduct the value of collateral | **Value of collateral that supports this claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.2** | **Creditor's name**

Deere Credit, Inc.

**Creditor's mailing address**

Attn: President

6400 NW 86th Street, PO BOX 6600

Johnston, IA 50131

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No.

☐ Yes. Have you already specified the relative priority?

**Describe debtor's property that is subject to a lien**

**Describe the lien**

UCC 1 Financing Statement

**Is the creditor an insider or related party?**

☑ No

☐ Yes.

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

Column A: unknown

Column B: unknown

**Remarks:** Construction Vehicle / Equipment

---

**2.3** | **Creditor's name**

Hudson Insurance Company, a Delaware Corporation

**Creditor's mailing address**

100 William Street 5th Floor

New York, NY 10004

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No.

☐ Yes. Have you already specified the relative priority?

**Describe debtor's property that is subject to a lien**

**Describe the lien**

Bonding and Indemnity Agreement

**Is the creditor an insider or related party?**

☑ No

☐ Yes.

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

Column A: $2,000,000.00

Column B: unknown

**Remarks:** Cross-collateralized

---

| Debtor | Casabella Contracting of NY, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

| **Part 1:** | **Additional Page** | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.4**

| **Creditor's name** | **Describe debtor's property that is subject to a lien** | unknown | unknown |
|---|---|---|---|

Jim Reed's Leasing, Inc.

**Describe the lien**
UCC 1 Financing Statement

**Creditor's mailing address**

Attn: President

5742 Albany Post Road

Cortlandt Manor, NY 10567

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Date debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No.
☐ Yes. Have you already specified the relative priority?

**Remarks:** Construction Vehicles / Equipment

**2.5**

| **Creditor's name** | **Describe debtor's property that is subject to a lien** | unknown | unknown |
|---|---|---|---|

John Deere Construction & Forestry Company

**Describe the lien**
UCC 1 Financing Statement (Construction Equipment)

**Creditor's mailing address**

Attn: President

6400 NW 86th Street, PO BOX 6600

Johnston, IA 50131-6630

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Date debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No.
☐ Yes. Have you already specified the relative priority?

| Debtor | Casabella Contracting of NY, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

| Part 1: | **Additional Page** | | Column A | Column B |
|---|---|---|---|---|

| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.6**

| **Creditor's name** | **Describe debtor's property that is subject to a lien** | $50,000.00 | unknown |
|---|---|---|---|

Koski Trucking, Inc.

2017 Mack
Mack GU713 Dump Truck
2017 Mack Tri-Axle

**Creditor's mailing address**

Attn: President

2005 Maple Avenue

Cortlandt Manor, NY 10567

**Describe the lien**
Lease

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No.

☐ Yes. Have you already specified the relative priority?

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**2.7**

| **Creditor's name** | **Describe debtor's property that is subject to a lien** | $95,840.00 | unknown |
|---|---|---|---|

Oldcastle Infrastructure, Inc.

**Creditor's mailing address**

7000 Central Parkway Suite 800

Atlanta, GA 30328

**Describe the lien**
UCC 1 Financing Statement

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No.

☐ Yes. Have you already specified the relative priority?

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Remarks:** UCC

Debtor   Casabella Contracting of NY, Inc.                                    Case number *(if known)*
              Name

## Part 1:  Additional Page

| | Column A | Column B |
|---|---|---|
| | **Amount of claim**<br>Do not deduct the value of collateral | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.8**   Creditor's name
Orange Bank & Trust Company

Describe debtor's property that is subject to a lien        $300,000.00        unknown

**Describe the lien**
Business Line of Credit

**Creditor's mailing address**
Dolson Avenue Office

212 Dolson Avenue

Middletown, NY 10940

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Date debt was incurred**     01/01/2022

**Last 4 digits of account number**     4  1  8  2

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No.

☐ Yes. Have you already specified the relative priority?

---

**2.9**   Creditor's name
TruFund Financial Services, Inc.

Describe debtor's property that is subject to a lien        $301,069.16        unknown

**Describe the lien**
UCC 1 Financing Statement

**Creditor's mailing address**
Attn: Michael Vaugh, Chief Credit Officer

39 West 37th Street 7th Floor

New York, NY 10018

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Date debt was incurred**

**Last 4 digits of account number**     __  __  __  __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No.

☐ Yes. Have you already specified the relative priority?

**Remarks:** Commercial Line of Credit

Debtor   Casabella Contracting of NY, Inc.                                        Case number *(if known)* _____
         Name

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Duane Morris LLP<br>Attn: Jose A. Aquino, Esq.<br>1540 Broadway<br>New York, NY 10036 | Line __2.1__ | ___ ___ ___ ___ |
| Chiesa Shahinian & Giantomasi PC<br>Attn: Adam P. Friedman, Esq.<br>11 Times Square, 31st Floor<br>New York, NY 10036 | Line __2.3__ | ___ ___ ___ ___ |
| The Catalina Law Firm<br>Attn: Andrea N. Catalina, Esq.<br>1013 Brown Street<br>Peekskill, NY 10566 | Line __2.6__ | ___ ___ ___ ___ |
| Barclay Damon LLP<br>Attn: Christopher A. Cardillo, Esq.<br>9276 Main Street Suite 3<br>Clarence, NY 14031 | Line __2.7__ | ___ ___ ___ ___ |
| Windels, Marx, Lane & Mittendorf, LLC<br>Attn: James M. Sullivan, Esq.<br>156 West 56th Street<br>New York, NY 10019 | Line __2.9__ | ___ ___ ___ ___ |

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td>Casabella Contracting of NY, Inc.</td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the:<br>Southern District of New York</td></tr>
<tr><td colspan="2">Case number (if known):</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | **Total claim** | **Priority amount** |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Local No. 46 Metallic Lathers Union**<br>**Attn: President**<br>**1322 Third Avenue**<br>**New York, NY 10021**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number ___ ___ ___ ___<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(5)** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>Basis for the Claim:<br>ERISA Benefits<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $53,966.26 | $53,966.26 |
| **2.2** Priority creditor's name and mailing address<br><br><br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number ___ ___ ___ ___<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ___ | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | |

Debtor    **Casabella Contracting of NY, Inc.**

_____ Name _____

Case number *(if known)* _____

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3.    **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** Nonpriority creditor's name and mailing address

**Board of Trustees of the Westchester Putnam Counties Heavy & Highway Laborers Local No. 60 Pension Fund, Welfare Fund, Annuity Fund, Apprentice and Training Fund, the New York State Laborers Employers**

Attn: President

140 Broadway

Hawthorne, NY 10532

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **ERISA Benefits**

Is the claim subject to offset?
☑ No
☐ Yes

$130,786.43

**3.2** Nonpriority creditor's name and mailing address

Capitol Supply Construction Products, LLC

Attn: President

149 Old Turnpike Road

Wayne, NJ 07470

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Breach of Contract**

Is the claim subject to offset?
☑ No
☐ Yes

$47,392.56

**3.3** Nonpriority creditor's name and mailing address

Custom Exteriors Systems, Inc.

12 Orange Turnpike

Sloatsburg, NY 10974

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Breach of Contract**

Is the claim subject to offset?
☑ No
☐ Yes

$48,925.02

**3.4** Nonpriority creditor's name and mailing address

Jersen Construction Group, LLC

6 Industry Drive

Waterford, NY 12188

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Lien Law Trust Beneficiaries**

Is the claim subject to offset?
☑ No
☐ Yes

$13,275.88

**3.5** Nonpriority creditor's name and mailing address

Laborers Local Union 754 / Laborers Local 754 Welfare Fund, Pension Fund

Attn: Stephen Reich, Business Manager

215 Old Nyack Turnpike

Spring Valley, NY 10977

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **E.R.I.S.A.: Employee Retirement**

Is the claim subject to offset?
☑ No
☐ Yes

$156,017.80

Debtor    **Casabella Contracting of NY, Inc.**                                      Case number *(if known)* _____
_____
Name

---

## Part 2: Additional Page

**3.6** Nonpriority creditor's name and mailing address

LMD Hauling, LLC

Attn: President

382 Old Hopewell Road

Wappingers Falls, NY 12590-4315

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  ERISA Benefits

Is the claim subject to offset?
☑ No
☐ Yes

$233,606.90

---

**3.7** Nonpriority creditor's name and mailing address

Marjam Supply Company

Attn: President

885 Conklin Street

Farmingdale, NY 11735

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Breach of Contract

Is the claim subject to offset?
☑ No
☐ Yes

$11,124.95

---

**3.8** Nonpriority creditor's name and mailing address

Thalle Industries, Inc.

Attn: President

51 NY-100

Briarcliff Manor, NY 10510

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Breach of Contract

Is the claim subject to offset?
☑ No
☐ Yes

$76,853.33

---

**3.9** Nonpriority creditor's name and mailing address

The Sherwin-Williams Company

851 Ridge Road East

Rochester, NY 14622

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Breach of Contract

Is the claim subject to offset?
☑ No
☐ Yes

$6,345.98

---

**3.10** Nonpriority creditor's name and mailing address

Trustees of the District Council No. 9 Painting Industry
Insurance Fund

595 West Hartsdale Avenue

White Plains, NY 10607

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  ERISA Benefits

Is the claim subject to offset?
☑ No
☐ Yes

$35,632.78

---

Debtor    **Casabella Contracting of NY, Inc.**          Case number *(if known)* _____
          Name

| Part 2: | Additional Page |

---

**3.11** Nonpriority creditor's name and mailing address

**Trustees of the Local 806 Structural Steel and Bridge Painters of Greater New York Employee Trust Funds**

**Attn: President**

**595 West Hartsdale Avenue**

**White Plains, NY 10607**

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:    **$14,242.91**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.12** Nonpriority creditor's name and mailing address

**Trustees of the Operating Engineers Local 137, 137A, 137B, 137C & 13R Annuity, Pension, Welfare and Apprenticeship Skill Improvement & Safety Funds of the International Union of Operating Engineers**

**Attn: President**

**1360 Pleasantville Road**

**Briarcliff Manor, NY 10510**

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:    **$184,205.40**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:    **ERISA Benefits**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.13** Nonpriority creditor's name and mailing address

**Yaboo Fence Co., Inc.**

**Attn: President**

**95 W Nyack Way**

**West Nyack, NY 10994**

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:    **$183,297.50**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:    **Breach of Contract**

Is the claim subject to offset?
☑ No
☐ Yes

Debtor   __Casabella Contracting of NY, Inc.__                     Case number *(if known)* _____
         Name

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4.** **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.1** **Barnes, Iaccarino & Shepherd, LLP**<br>**Attn: Dana L. Henke, Esq.**<br>**258 Saw Mill River Road**<br>**Elmsford, NY 10523** | Line **3.10**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| **4.2** **Barnes, Iaccarino & Shepherd, LLP**<br>**Attn: Dana L. Henke, Esq.**<br>**258 Saw Mill River Road**<br>**Elmsford, NY 10523** | Line **3.11**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| **4.3** **Barnes, Iaccarino & Shepherd, LLP**<br>**Attn: Dana L. Henke, Esq.**<br>**258 Saw Mill River Road**<br>**Elmsford, NY 10523** | Line **3.12**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| **4.4** **Barnes, Iaccarino & Shepherd, LLP**<br>**Attn: Dana L. Henke, Esq.**<br>**258 Saw Mill River Road**<br>**Elmsford, NY 10523** | Line **3.1**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| **4.5** **Holm & O'Hara LLP**<br>**Attn: Katherine M. Morgan, Esq.**<br>**3 West 35th Street 9th Floor**<br>**New York, NY 10001** | Line **3.5**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| **4.6** **Lewis & Greer, P.C.**<br>**Attn: J. Scott Greer, Esq.**<br>**510 Haight Avenue Suite 202**<br>**Poughkeepsie, NY 12603** | Line **3.6**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| **4.7** **Marshall M. Stern, P.C.**<br>**Attn: Marshall M. Stern, Esq.**<br>**17 Cardiff Court**<br>**Huntington Station, NY 11746** | Line **3.2**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |

Debtor    __Casabella Contracting of NY, Inc.__    Case number *(if known)* _____
　　　　　　　　　　Name

**Part 3:**  Additional Page

| | | |
|---|---|---|
| 4.8 | **Mastropietro Law Group, LLC** | Line __3.4__ |
| | **Attn: John P. Mastropietro, Esq.** | ☐ Not listed. Explain _____  ___ ___ ___ ___ ___ |
| | **63 Franklin Street** | _____ |
| | **Saratoga Springs, NY 12866** | |
| 4.9 | **Michael J. Lombardi, Esq.** | Line __3.8__ |
| | **Attn: Michael J. Lombardi, Esq.** | ☐ Not listed. Explain _____  ___ ___ ___ ___ ___ |
| | **81 Main Street Street Suite 205** | _____ |
| | **White Plains, NY 10601** | |
| 4.10 | **PIRRELLO, PERSONTE & FEDER PLLC** | Line __3.9__ |
| | **Attn: Steven E. Feder, Esq.** | ☐ Not listed. Explain _____  ___ ___ ___ ___ ___ |
| | **1800 Ridge Road East** | _____ |
| | **Rochester, NY 14622** | |
| 4.11 | **Tesser & Cohen** | Line __3.7__ |
| | **Attn: Danielle E. Cohen, Esq.** | ☐ Not listed. Explain _____  ___ ___ ___ ___ ___ |
| | **946 Main Street** | _____ |
| | **Hackensack, NJ 07601** | |
| 4.12 | **Welby, Brady & Greenblatt, LLP** | Line __3.13__ |
| | **Giovanni Care, Esq.** | ☐ Not listed. Explain _____  ___ ___ ___ ___ ___ |
| | **11 Martine Avenue 15th Floor** | _____ |
| | **White Plains, NY 10606** | |
| 4.13 | **Zisholtz & Zisholtz, LLP** | Line __3.3__ |
| | **Attn: Stuart S. Zisholtz, Esq.** | ☐ Not listed. Explain _____  ___ ___ ___ ___ ___ |
| | **200 Garden City Plaza Suite 408** | _____ |
| | **Garden City, NY 11530** | |

Debtor    **Casabella Contracting of NY, Inc.**                                          Case number *(if known)* _____
_____
Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

**5.**    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | **Total of claim amounts** |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $53,966.26 |
| 5b. | **Total claims from Part 2** | 5b. **+** | $1,141,707.44 |
| 5c. | **Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $1,195,673.70 |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Casabella Contracting of NY, Inc. |
| United States Bankruptcy Court for the: | Southern District of New York |
| Case number (if known): | _____  Chapter ___11___ |

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. Does the debtor have any executory contracts or unexpired leases?

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** **State what the contract or lease is for and the nature of the debtor's interest** Commercial Motor Vehicle Lease <br> **State the term remaining** 0 months <br> **List the contract number of any government contract** | Koski Trucking, Inc. <br> Attn: President <br> 2005 Maple Avenue <br> Cortlandt Manor, NY 10567 |
| **2.2** **State what the contract or lease is for and the nature of the debtor's interest** <br> **State the term remaining** <br> **List the contract number of any government contract** | |
| **2.3** **State what the contract or lease is for and the nature of the debtor's interest** <br> **State the term remaining** <br> **List the contract number of any government contract** | |
| **2.4** **State what the contract or lease is for and the nature of the debtor's interest** <br> **State the term remaining** <br> **List the contract number of any government contract** | |

Fill in this information to identify the case:

Debtor name          Casabella Contracting of NY, Inc.

United States Bankruptcy Court for the:

Southern District of New York

Case number (if known): _____

☐ Check if this is an
amended filing

# Official Form 206H

## Schedule H: Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional
Page to this page.

---

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  2111 Albany Post Road, Corp. | 182 Lindsey Ave.<br>Street<br><br>Buchanan, NY 10511<br>City          State      ZIP Code | Hudson Insurance Company, a Delaware Corporation | ☑ D<br>☐ E/F<br>☐ G |
| 2.2  Casabella Landscaping, Inc. | 1022 Lower South Street Suite 4<br>Street<br>Attn: President<br>Peekskill, NY 10566<br>City          State      ZIP Code | Koski Trucking, Inc. | ☑ D<br>☐ E/F<br>☐ G |
| 2.3  Lindsey Real Estate Corp. | 182 Lindsey Ave.<br>Street<br><br>Croton On Hudson, NY 10520<br>City          State      ZIP Code | Hudson Insurance Company, a Delaware Corporation | ☑ D<br>☐ E/F<br>☐ G |
| 2.4  Pignataro, Frank | 109 Watch Hill Road<br>Street<br><br>Cortlandt Manor, NY 10567<br>City          State      ZIP Code | Hudson Insurance Company, a Delaware Corporation | ☑ D<br>☐ E/F<br>☐ G |
| | | Trustees of the District Council No. 9 Painting Industry Insurance Fund | ☐ D<br>☑ E/F<br>☐ G |
| | | LMD Hauling, LLC | ☐ D<br>☑ E/F<br>☐ G |

---

Debtor    Casabella Contracting of NY, Inc.
          Name                                                    Case number (if known) _____

---

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | **Check all schedules that apply:** |
| | | Trustees of the Operating Engineers Local 137, 137A, 137B, 137C & 13R Annuity, Pension, Welfare and Apprenticeship Skill Improvement & Safety Funds | ☐ D  ☑ E/F  ☐ G |
| | | International Union of Operating Engineers | ☐ D  ☑ E/F  ☐ G |
| | | Westchester Putnam Counties Heavy & Highway Laborers Local No. 60 Pension Fund, Welfare Fund, Annuity Fund, Apprentice and Training Fund, the New York State Laborers | ☐ D  ☑ E/F  ☐ G |
| | | Construction Industry Group Employers | |
| 2.5  Pignataro, Frank | 31 Hunt Avenue<br>Street<br><br>Montrose, NY 10548<br>City            State            ZIP Code | Hudson Insurance Company, a Delaware Corporation | ☑ D  ☐ E/F  ☐ G |
| | | Trustees of the District Council No. 9 Painting Industry Insurance Fund | ☐ D  ☑ E/F  ☐ G |
| | | LMD Hauling, LLC | ☐ D  ☑ E/F  ☐ G |
| | | Trustees of the Operating Engineers Local 137, 137A, 137B, 137C & 13R Annuity, Pension, Welfare and Apprenticeship Skill Improvement & Safety Funds | ☐ D  ☑ E/F  ☐ G |
| | | International Union of Operating Engineers | ☐ D  ☑ E/F  ☐ G |
| | | Westchester Putnam Counties Heavy & Highway Laborers Local No. 60 Pension Fund, Welfare Fund, Annuity Fund, Apprentice and Training Fund, the New York State Laborers | ☐ D  ☑ E/F  ☐ G |
| | | Construction Industry Group Employers | |

| Debtor | Casabella Contracting of NY, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

### Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | Check all schedules *that apply:* |
| 2.6  Pignataro, Laura Marcela | 182 Lindsay Avenue<br>Street<br><br>Buchanan, NY 10511<br>City          State     ZIP Code | Hudson Insurance Company, a Delaware Corporation | ☑D ☐E/F ☐G |
| | | Orange Bank & Trust Company | ☑D ☐E/F ☐G |
| | | Yaboo Fence Co., Inc. | ☐D ☑E/F ☐G |
| | | TruFund Financial Services, Inc. | ☑D ☐E/F ☐G |
| | | Trustees of the District Council No. 9 Painting Industry Insurance Fund | ☐D ☑E/F ☐G |
| | | Oldcastle Infrastructure, Inc. | ☑D ☐E/F ☐G |
| | | LMD Hauling, LLC | ☐D ☑E/F ☐G |
| | | Trustees of the Operating Engineers Local 137, 137A, 137B, 137C & 13R Annuity, Pension, Welfare and Apprenticeship Skill Improvement & Safety Funds | ☐D ☑E/F ☐G |
| | | Board of Trustees of the Westchester Putnam Counties Heavy & Highway Laborers Local No. 60 Pension Fund, Welfare Fund, Annuity Fund, Apprentice and Training Fund, the New York State Laborers | ☐D ☑E/F ☐G |
| | | the International Union of Operating Engineers Local... the New York State Laborers Employers | ☐D ☑E/F ☐G |

Debtor    Casabella Contracting of NY, Inc.                                          Case number *(if known)*
          Name

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |

Fill in this information to identify the case:

Debtor name _____ Casabella Contracting of NY, Inc. _____

United States Bankruptcy Court for the:

_____ Southern District of New York _____

Case number (if known): _____   Chapter ___11___

☐ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**

   Copy line 88 from *Schedule A/B*....................................................................................... | $0.00 |

   1b. **Total personal property:**

   Copy line 91A from *Schedule A/B*................................................................................... | $1,598,615.00 |

   1c. **Total of all property:**

   Copy line 92 from *Schedule A/B*.................................................................................... | $1,598,615.00 |

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................. | $2,847,077.59 |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**

   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...................................................................... | $53,966.26 |

   3b. **Total amount of claims of non-priority amount of unsecured claims:**

   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..................................................... | + $1,141,707.44 |

4. **Total liabilities**................................................................................................................... | $4,042,751.29 |

   Lines 2 + 3a + 3b

Fill in this information to identify the case:

Debtor name _____ Casabella Contracting of NY, Inc. _____

United States Bankruptcy Court for the:

_____ Southern District of New York _____

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    **04/22**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1:  Income

**1.  Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2022 to Filing date<br>MM/ DD/ YYYY | ☐ Operating a business<br>☐ Other _____ | |
| **For prior year:** | From 01/01/2021 to 12/31/2021<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | 12,671,528 (Estimated)<br>$0.00 |
| **For the year before that:** | From 01/01/2020 to 12/31/2020<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☐ Operating a business<br>☐ Other _____ | |

**2.  Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2022 to Filing date<br>MM/ DD/ YYYY | _____ | _____ |
| **For prior year:** | From 01/01/2021 to 12/31/2021<br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:** | From 01/01/2020 to 12/31/2020<br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |

Debtor   Casabella Contracting of NY, Inc.                                    Case number (if known)
         Name

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |

**3.    Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. _____<br>Creditor's name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City          State    ZIP Code | _____<br><br>_____<br><br>_____ | _____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4.    Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. Pignataro, Frank<br>Creditor's name<br><br>31 Hunt Avenue<br>Street<br><br><br>Montrose, NY 10548<br>City          State    ZIP Code<br><br>**Relationship to debtor**<br>Receiver | _____ | _____ $0.00 | Compensation for Receivership Unknown Paid $2,000.00 per week. |
| 4.2. Pignataro, Laura Marcela<br>Creditor's name<br><br>182 Lindsay Avenue<br>Street<br><br><br>Buchanan, NY 10511<br>City          State    ZIP Code<br><br>**Relationship to debtor**<br>President | _____ | _____ $0.00 | Wages and Salary Received a weekly salary of $2,000.00 from April 2021 to July 2021 |

Debtor   Casabella Contracting of NY, Inc.                                    Case number *(if known)* _____
         Name

## 5. Repossessions, foreclosures, and returns

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. _____ Creditor's name _____ Street _____ _____ City          State     ZIP Code | _____ | _____ | _____ |

## 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. _____ Creditor's name _____ Street _____ _____ City          State     ZIP Code | XXXX– __ __ __ __ | _____ | _____ |

| **Part 3:** | Legal Actions or Assignments |
|---|---|

## 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| 7.1. Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| Belway Electrical Contracting Corp. v. Casabella Contracting of NY, Inc. et al | Commercial Contract Breach of Contract Judgment | Supreme Court State of New York, County of Westchester Name 111 Dr. Martin Luther King Jr. Blvd. Street Attn: Clerk's Office White Plains, NY 10601 City          State     ZIP Code | ☐ Pending ☐ On appeal ☑ Concluded |
| **Case number** Index No. 64907/2021 | | | |
| 7.2. Case title | Nature of case | Court or agency's name and address | Status of case |
| In the Matter of JERSEN CONSTRUCTION GROUP, LLC v. CASABELLA CONTRACTING OF NY, INC. et al | Commercial Contract Lien Law Trust Beneficiaries | Supreme Court of the State of New York, County of Saratoga Name 30 McMaster Street Street Ballston Spa, NY 12020 City          State     ZIP Code | ☑ Pending ☐ On appeal ☐ Concluded |
| **Case number** EF2022318 | | | |

Debtor   Casabella Contracting of NY, Inc.                                        Case number *(if known)*
         Name

| 7.3. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | THE SHERWIN-WILLIAMS COMPANY v. CASABELLA CONTRACTING OF NY, INC. | Breach of Contract | Supreme Court, State of New York, County of Monroe<br>Name | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number** | | 99 Exchange Blvd. Room 545<br>Street | |
| | Index No. E2022001050 | | Rochester, NY 14614<br>City          State     ZIP Code | |

| 7.4. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | Belway Electrical Contracting Corp. v. Casabella Contracting of NY, Inc. et al | Petition for books and records of Casabella for Lein Law Trust | Supreme Court State of New York, County of Westchester<br>Name | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number** | | 111 Dr. Martin Luther King Jr. Blvd.<br>Street | |
| | Index No. 65434/2021 | | Attn: Clerk's Office<br>White Plains, NY 10601<br>City          State     ZIP Code | |

| 7.5. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | TruFund Financial Services, Inc. v. Casabella Contracting of NY, Inc. et al | Commercial - Other (Enforcement of Guaranty) | Supreme Court of the State of New York, County of New York<br>Name | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number** | | 71 Thomas Street<br>Street | |
| | Index No. 651254/2022 | | New York, NY 10007<br>City          State     ZIP Code | |

| 7.6. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | Thalle Industries, Inc. v. Casabella Contracting of New York, Inc. | Commercial Contract | Supreme Court State of New York, County of Westchester<br>Name | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number** | | 111 Dr. Martin Luther King Jr. Blvd.<br>Street | |
| | Index No. 67065/2021 | | Attn: Clerk's Office<br>White Plains, NY 10601<br>City          State     ZIP Code | |

| 7.7. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | LMD Hauling, LLC v. Casabella Contracting of NY Inc. et al | Commercial Contract | Supreme Court, State of New York, County of Dutchess<br>Name | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number** | | 10 Market Street<br>Street | |
| | Index No. 2022-50074 | | Poughkeepsie, NY 12601<br>City          State     ZIP Code | |

| 7.8. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | Erection & Welding Contractors, LLC v. Casabella Contracting of NY, Inc. et al | Other Real Property - Foreclosure on Mechanic's Lien | Supreme Court State of New York, County of Westchester<br>Name | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number** | | 111 Dr. Martin Luther King Jr. Blvd.<br>Street | |
| | Index No. 57965/2019 | | Attn: Clerk's Office<br>White Plains, NY 10601<br>City          State     ZIP Code | |

Debtor    Casabella Contracting of NY, Inc.
Name                                                                    Case number (if known)

| 7.9. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | Custom Exterior Systems, Inc. et al v. Casabella Contracting of NY, Inc. et al | Commercial - Contract | Supreme Court State of New York, County of Westchester | ☑ Pending |
| | | | Name | ☐ On appeal |
| | | | 111 Dr. Martin Luther King Jr. Blvd. | ☐ Concluded |
| | | | Street | |
| | **Case number** | | Attn: Clerk's Office | |
| | Index No. 62635/2021 | | White Plains, NY 10601 | |
| | | | City            State      ZIP Code | |

| 7.10. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | Capital Supply Construction Products LLC v. Casabella Contracting of NY, Inc. et al | Commercial - Contract Mechanic's Lein | Supreme Court State of New York, County of Westchester | ☑ Pending |
| | | | Name | ☐ On appeal |
| | | | 111 Dr. Martin Luther King Jr. Blvd. | ☐ Concluded |
| | | | Street | |
| | **Case number** | | Attn: Clerk's Office | |
| | Index No. 55574/2022 | | White Plains, NY 10601 | |
| | | | City            State      ZIP Code | |

| 7.11. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | Koski Trucking, Inc. v. Casabella Contracting of New York, Inc. et al | Commercial Contract | Supreme Court State of New York, County of Westchester | ☑ Pending |
| | | | Name | ☐ On appeal |
| | | | 111 Dr. Martin Luther King Jr. Blvd. | ☐ Concluded |
| | | | Street | |
| | **Case number** | | Attn: Clerk's Office | |
| | Index No. 66424/2021 | | White Plains, NY 10601 | |
| | | | City            State      ZIP Code | |

| 7.12. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | Oldcastle Infrastructure, Inc. v. Casabella Contracting of NY, Inc. et a | Breach of Contract | Supreme Court County of Orange | ☑ Pending |
| | | | Name | ☐ On appeal |
| | | | 285 Main Street | ☐ Concluded |
| | | | Street | |
| | **Case number** | | | |
| | Index No. 814691/2021E | | Goshen, NY 10924 | |
| | | | City            State      ZIP Code | |

| 7.13. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | Marjam Supply Company v. Casabella Contracting of NY, Inc. et al | Breach of Contract | New York Supreme Court, County of the Bronx | ☑ Pending |
| | | | Name | ☐ On appeal |
| | | | 851 Grand Concourse | ☐ Concluded |
| | | | Street | |
| | **Case number** | | | |
| | Index No. 814691/2021E | | Bronx, NY 10451 | |
| | | | City            State      ZIP Code | |

| 7.14. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | Laborers Local Union 754 & Local 754 Joint Benefits Funds V. Casabella Contracting/Frank Pignataro | E.R.I.S.A.: Employee Retirement | United States District Court, Southern District of New York | ☑ Pending |
| | | | Name | ☐ On appeal |
| | | | 300 Quarropas Street | ☐ Concluded |
| | | | Street | |
| | **Case number** | | | |
| | Case No. 21-cv-09327 (KMK) | | White Plains, NY 10601 | |
| | | | City            State      ZIP Code | |

Debtor    Casabella Contracting of NY, Inc.                                                Case number *(if known)*
          Name

| 7.15. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | Trustees of the District Council No. 9 Painting Industry Insurance Fund et al v. Casabella Contracting of NY Inc. et al | E.R.I.S.A.: Civil Enforcement of Employee Benefits | United States District Court, Southern District of New York<br>Name<br>300 Quarropas Street<br>Street | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number** | | White Plains, NY 10601<br>City          State    ZIP Code | |
| | Case No. 21-cv-08285 (KMK) | | | |

| 7.16. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | Teamsters Local 456 Pension V. Casabella Contracting/Frank Pignataro | E.R.I.S.A.: Civil Enforcement of Employee Benefits | United States District Court, Southern District of New York<br>Name<br>300 Quarropas Street<br>Street | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number** | | White Plains, NY 10601<br>City          State    ZIP Code | |
| | Case No. 21-cv-07311 | | | |

| 7.17. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | LOCAL #46 METALLIC LATHERS UNION AND REINFORCING IRONWORKERS OF NEW YORK AND VICINITY OF THE INTERNATIONAL ASSOCIATION OF BRIDGE, STRUCTURAL, ORNAMENTAL AND REINFORCING IRON WORKERS et al v. CASABELLA CONTRACTING of NY, INC. et al | Special Proceedings - CPLR Article 75 | Supreme Court of the State of New York, County of Nassau<br>Name<br>100 Supreme Court Drive<br>Street | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number** | | Mineola, NY 11501<br>City          State    ZIP Code | |
| | Index No. 601792/2022 | | | |

| 7.18. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | Trustees of the Local 806 Structural Steel...et al., V Casabella...et al | ERISA | United States District Court, Southern District of New York<br>Name<br>300 Quarropas Street<br>Street | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number** | | White Plains, NY 10601<br>City          State    ZIP Code | |
| | 21-cv-09249 (NSR) | | | |

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☐ None

| 8.1. | Custodian's name and address | Description of the property | Value |
|---|---|---|---|

Pignataro, Frank
Custodian's name

**Description of the property**

All Property

**Value**

_____

31 Hunt Avenue
Street

**Case title**

Frank

**Court name and address**

Supreme Court State of New York, County of Westchester

Montrose, NY 10548
City          State     ZIP Code

**Case number**

Index No. 61117/2021

111 Dr. Martin Luther King Jr. Blvd.
Street

Attn: Clerk's Office

**Date of order or assignment**

09/24/2021

White Plains, NY 10601
City              State     ZIP Code

---

## Part 4:  Certain Gifts and Charitable Contributions

**9.**  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|

Recipient's name

Street

City          State     ZIP Code

**Recipient's relationship to debtor**

_____

---

## Part 5:  Certain Losses

**10.**  All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

| | Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|---|
| 10.1. | | | | |

---

## Part 6:  Certain Payments or Transfers

**11.**  Payments related to bankruptcy

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

---

Debtor  Casabella Contracting of NY, Inc.                                    Case number (if known)
        Name

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | Law Office of James J. Rufo | Attorney's Fee | 4/14/2022 | $15,000.00 |

**Address**

1133 Westchester Avenue N-02
Street

James J. Rufo, Esq.

West Harrison, NY 10604
City                State     ZIP Code

**Email or website address**

**Who made the payment, if not debtor?**


| 11.2. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | Law Office of Charles A. Higgs | | | $5,000.00 |

**Address**

2 Depot Plaza
Street


Bedford Hills, NY 10507
City                State     ZIP Code

**Email or website address**

**Who made the payment, if not debtor?**

Laura Marcela Pignataro


12. **Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |

**Trustee**

Debtor     Casabella Contracting of NY, Inc.                                Case number *(if known)*
           Name

## 13. Transfers not already listed on this statement

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | Casabella Landscaping, Inc. | Motor Vehicles, heavy machinery, construction equipment, and etc. | Unknown | (Unknown) |
| | **Address** | | | |
| | 1022 Lower South Street Suite 4 Street | | | |
| | Peekskill, NY 10566 City          State     ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | Owned by Receiver Frank Pignataro | | | |

---

**Part 7:**  Previous Locations

## 14. Previous addresses

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | Street | From _____ To _____ |
| | City          State     ZIP Code | |

---

**Part 8:**  Health Care Bankruptcies

## 15. Health Care bankruptcies

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

Debtor      22-22205-shl    Doc 1    Filed 04/25/22    Entered 04/25/22 09:05:05    Main Document
Casabella Contracting of NY, Inc.          Pg 46 of 65      Case number *(if known)*
     Name

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

15.1. _____

Facility name

_____

Street

| Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
|---|---|

City      State      ZIP Code

*Check all that apply:*

☐ Electronically

☐ Paper

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

         Does the debtor have a privacy policy about that information?

         ☐ No

         ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

         ☐ No. Go to Part 10.

         ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

         Has the plan been terminated?

         ☐ No

         ☐ Yes

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 _____<br>Name<br><br>_____<br>Street<br><br>_____<br>City   State   ZIP Code | XXXX– _ _ _ _ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other<br>_____ | _____ | _____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | Address | | |
| | City          State      ZIP Code | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☑ No |
| | Name | | | ☐ Yes |
| | 2111 Albany Post Road | | | |
| | Street | | | |
| | | Address | | |
| | Montrose, NY 10548 | | | |
| | City          State      ZIP Code | | | |

| 20.2 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | Pignataro, Frank | All of Casabella's motor vehicles | ☑ No |
| | Casabella Contracting of NY, Inc. | | and construction equipment were | ☐ Yes |
| | Name | | stored at 2111 Albany Post Road. | |
| | 182 Lindsay Avenue | | | |
| | Street | Address | | |
| | Buchanan, NY 10511 | 109 Watch Hill Road | | |
| | City          State      ZIP Code | Cortland Manor, NY 10567 | | |

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | |
| Name | | | |
| Street | | | |
| City          State      ZIP Code | | | |

Debtor   Casabella Contracting of NY, Inc.                                    Case number *(if known)*
_____Name_____

| Part 12: | Details About Environmental Information |

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | _____ | _____ | ☐ Pending |
|  | Name | _____ | ☐ On appeal |
| Case number | _____ | _____ | ☐ Concluded |
| _____ | Street | _____ |  |
|  | _____ |  |  |
|  | City      State   ZIP Code |  |  |

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | _____ | _____ |
| _____ | _____ | _____ |  |
| Street | Street | _____ |  |
| _____ | _____ | _____ |  |
| City      State   ZIP Code | City      State   ZIP Code |  |  |

**24.  Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | _____ | _____ |
| _____ | _____ | _____ |  |
| Street | Street | _____ |  |
| _____ | _____ | _____ |  |
| City      State   ZIP Code | City      State   ZIP Code |  |  |

---

**Part 13:**   Details About the Debtor's Business or Connections to Any Business

---

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. _____<br>Name<br><br>_____<br>Street<br><br>_____<br>City    State    ZIP Code | _____ | EIN: _ _ – _ _ _ _ _ _ _<br><br>**Dates business existed**<br><br>From _____ To _____ |

**26. Books, records, and financial statements**

26a.   List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1.   Marcum LLP<br>Name<br><br>555 Long Wharf Drive<br>Street<br><br>New Haven, CT 06511<br>City    State    ZIP Code | From <u>01/01/2019</u>   To _____ |

26b.   List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1.   _____<br>Name<br><br>_____<br>Street<br><br>_____<br>City    State    ZIP Code | From _____ To _____ |

26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   Catherine Prunier<br>Name<br><br>1022 Lower South Street Suite #4<br>Street<br><br>Peekskill, NY 10566<br>City    State    ZIP Code | _____<br><br>_____<br><br>_____ |

Debtor    Casabella Contracting of NY, Inc.                                    Case number *(if known)*
_____
Name

**26d.** List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|

26d.1. Hudson Insurance Company, a Delaware Corporation
_____
Name

100 William Street 5th Floor
_____
Street

_____

New York, NY 10004
_____
City                     State              ZIP Code

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

| Name and address of the person who has possession of inventory records |
|---|

27.1. _____
Name

_____
Street

_____

_____
City                     State              ZIP Code

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Pignataro, Laura Marcela | 182 Lindsay Avenue Buchanan, NY 10511 | President, Shareholder | 100.00% |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | From _____ To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Pignataro, Laura Marcela<br>Name<br><br>182 Lindsay Avenue<br>Street<br><br><br>Buchanan, NY 10511<br>City    State    ZIP Code | | | Salary and Wages |

| Relationship to debtor |
|---|
| President |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.2. Pignataro, Frank<br>Name<br><br>109 Watch Hill Road<br>Street<br><br><br>Cortlandt Manor, NY 10567<br>City    State    ZIP Code | | | Salary and wages |

| Relationship to debtor |
|---|
| Receiver and Estranged Husband of Debtor's Principal |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: _ _ – _ _ _ _ _ _ _ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: _ _ – _ _ _ _ _ _ _ |

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____04/22/2022_____
        MM/  DD/  YYYY

Debtor    Casabella Contracting of NY, Inc.                                                    Case number *(if known)*
          Name

X  /s/ Laura Marcela Pignataro                              Printed name          Laura Marcela Pignataro
   Signature of individual signing on behalf of the debtor


   Position or relationship to debtor _____ President _____


**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No

☐ Yes

Fill in this information to identify the case:

Debtor name        Casabella Contracting of NY, Inc.

United States Bankruptcy Court for the:

       Southern District of New York

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Belway Electrical Contracting Corp. 66 South Central Avenue Elmsford, NY 10523 | | Breach of Contract - Judgment | Disputed | | | $100,168.43 |
| 2 | Board of Trustees of the Westchester Putnam Counties Heavy & Highway Laborers Local No. 60 Pension Fund, Welfare Fund, Annuity Fund, Apprentice and Training Fund, the New York State Laborers Employers Attn: President 140 Broadway Hawthorne, NY 10532 | | ERISA Benefits | Disputed | | | $130,786.43 |
| 3 | Capitol Supply Construction Products, LLC Attn: President 149 Old Turnpike Road Wayne, NJ 07470 | | Breach of Contract | Disputed | | | $47,392.56 |
| 4 | Custom Exteriors Systems, Inc. 12 Orange Turnpike Sloatsburg, NY 10974 | | Breach of Contract | Disputed | | | $48,925.02 |
| 5 | Hudson Insurance Company, a Delaware Corporation 100 William Street 5th Floor New York, NY 10004 | | Bonding and Indemnity Agreement | Disputed | | | $2,000,000.00 |
| 6 | Jersen Construction Group, LLC 6 Industry Drive Waterford, NY 12188 | | Lien Law Trust Beneficiaries | Disputed | | | $13,275.88 |
| 7 | Koski Trucking, Inc. Attn: President 2005 Maple Avenue Cortlandt Manor, NY 10567 | | Lease | Disputed | | | $50,000.00 |
| 8 | Laborers Local Union 754 / Laborers Local 754 Welfare Fund, Pension Fund | | E.R.I.S.A.: Pension & Retirement | Disputed | | | $156,017.80 |

Debtor    Casabella Contracting of NY, Inc.                                          Case number *(if known)*
          Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | LMD Hauling, LLC Attn: President 382 Old Hopewell Road Wappingers Falls, NY 12590-4315 | | ERISA Benefits | Disputed | | | $233,606.90 |
| 10 | Local No. 46 Metallic Lathers Union Attn: President 1322 Third Avenue New York, NY 10021 | | ERISA Benefits | Disputed | | | $53,966.26 |
| 11 | Marjam Supply Company Attn: President 885 Conklin Street Farmingdale, NY 11735 | | Breach of Contract | Disputed | | | $11,124.95 |
| 12 | Oldcastle Infrastructure, Inc. 7000 Central Parkway Suite 800 Atlanta, GA 30328 | | UCC 1 Financing Statement | Disputed | | | $95,840.00 |
| 13 | Orange Bank & Trust Company Dolson Avenue Office 212 Dolson Avenue Middletown, NY 10940 | | Business Line of Credit | Disputed | | | $300,000.00 |
| 14 | Thalle Industries, Inc. Attn: President 51 NY-100 Briarcliff Manor, NY 10510 | | Breach of Contract | Disputed | | | $76,853.33 |
| 15 | The Sherwin-Williams Company 851 Ridge Road East Rochester, NY 14622 | | Breach of Contract | Disputed | | | $6,345.98 |
| 16 | TruFund Financial Services, Inc. Attn: Michael Vaugh, Chief Credit Officer 39 West 37th Street 7th Floor New York, NY 10018 | | UCC 1 Financing Statement | Disputed | | | $301,069.16 |
| 17 | Trustees of the District Council No. 9 Painting Industry Insurance Fund 595 West Hartsdale Avenue White Plains, NY 10607 | | ERISA Benefits | Disputed | | | $35,632.78 |
| 18 | Trustees of the Local 806 Structural Steel and Bridge Painters of Greater New York Employee Trust Funds Attn: President 595 West Hartsdale Avenue White Plains, NY 10607 | | | Disputed | | | $14,242.91 |
| 19 | Trustees of the Operating Engineers Local 137, 137A, 137B, 137C & 13R Annuity, Pension, Welfare and Apprenticeship Skill Improvement & Safety Funds of the International Union of Operating Engineers Attn: President 1360 Pleasantville Road | | ERISA Benefits | Disputed | | | $184,205.40 |

| 20 | Yaboo Fence Co., Inc.<br>Attn: President<br>95 W Nyack Way<br>West Nyack, NY 10994 | | | breach of contract | | | | | $183,297.50 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of New York

**In re**   Casabella Contracting of NY, Inc.

Case No. _____

**Debtor**

Chapter _____11_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ................................................................................   $15,000.00

Prior to the filing of this statement I have received ...................................................................   $15,000.00

Balance Due ............................................................................................................................   $0.00

2.  The source of the compensation paid to me was:

    ☑ Debtor            ☐ Other (specify)

3.  The source of compensation to be paid to me is:

    ☑ Debtor            ☐ Other (specify)

4.  ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.   Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b.   Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/15)

<div style="border:1px solid black; padding:1em;">

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| 04/22/2022 | /s/ James J. Rufo |
|---|---|
| *Date* | James J. Rufo |
| | *Signature of Attorney* |

Bar Number: 5152210
Law Office of James J. Rufo
James J. Rufo, Esq.
1133 Westchester Avenue W N202
West Harrison, NY 10604
Phone: (845) 590-5187

Law Office of James J. Rufo
*Name of law firm*

</div>

**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION**

IN RE: **Casabella Contracting of NY, Inc.**                    CASE NO

                                                               CHAPTER **11**


### VERIFICATION OF CREDITOR MATRIX


The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date _____04/22/2022_____      Signature _____/s/ Laura Marcela Pignataro_____
                                                               Laura Marcela Pignataro, President

2111 Albany Post Road, Corp.
182 Lindsey Ave.
Buchanan, NY 10511

Barclay Damon LLP
Attn: Christopher A. Cardillo, Esq.
9276 Main Street Suite 3
Clarence, NY 14031

Barnes, Iaccarino &
Shepherd, LLP
Attn: Dana L. Henke, Esq.
258 Saw Mill River Road
Elmsford, NY 10523

Belway Electrical Contracting
Corp.
66 South Central Avenue
Elmsford, NY 10523

Board of Trustees of the
Westchester Putnam Counties
Heavy & Highway Laborers
Local No. 60 Pension Fund,
Welfare Fund, Annuity Fund,
Apprentice and Training Fund,
the New York State Laborers
Employers
Attn: President
140 Broadway
Hawthorne, NY 10532

Capitol Supply Construction
Products, LLC
Attn: President
149 Old Turnpike Road
Wayne, NJ 07470

Casabella Landscaping, Inc.
Attn: President
1022 Lower South Street Suite 4
Peekskill, NY 10566

Chiesa Shahinian &
Giantomasi PC
Attn: Adam P. Friedman, Esq.
11 Times Square, 31st Floor
New York, NY 10036

Custom Exteriors Systems,
Inc.
12 Orange Turnpike
Sloatsburg, NY 10974

Deere Credit, Inc.
Attn: President
6400 NW 86th Street, PO BOX 6600
Johnston, IA 50131

Duane Morris LLP
Attn: Jose A. Aquino, Esq.
1540 Broadway
New York, NY 10036

Holm & O'Hara LLP
Attn: Katherine M. Morgan, Esq.
3 West 35th Street 9th Floor
New York, NY 10001

Hudson Insurance Company,
a Delaware Corporation
100 William Street 5th Floor
New York, NY 10004

Jersen Construction Group,
LLC
6 Industry Drive
Waterford, NY 12188

Jim Reed's Leasing, Inc.
Attn: President
5742 Albany Post Road
Cortlandt Manor, NY 10567

John Deere Construction &
Forestry Company
Attn: President
6400 NW 86th Street, PO BOX 6600
Johnston, IA 50131-6630

Koski Trucking, Inc.
Attn: President
2005 Maple Avenue
Cortlandt Manor, NY 10567


Laborers Local Union 754 /
Laborers Local 754 Welfare
Fund, Pension Fund
Attn: Stephen Reich, Business Manager
215 Old Nyack Turnpike
Spring Valley, NY 10977

Lewis & Greer, P.C.
Attn: J. Scott Greer, Esq.
510 Haight Avenue Suite 202
Poughkeepsie, NY 12603


Lindsey Real Estate Corp.
182 Lindsey Ave.
Croton On Hudson, NY 10520


LMD Hauling, LLC
Attn: President
382 Old Hopewell Road
Wappingers Falls, NY 12590-4315


Local No. 46 Metallic Lathers
Union
Attn: President
1322 Third Avenue
New York, NY 10021

Marjam Supply Company
Attn: President
885 Conklin Street
Farmingdale, NY 11735


Marshall M. Stern, P.C.
Attn: Marshall M. Stern, Esq.
17 Cardiff Court
Huntington Station, NY 11746

Mastropietro Law Group, LLC
Attn: John P. Mastropietro, Esq.
63 Franklin Street
Saratoga Springs, NY 12866


Michael J. Lombardi, Esq.
Attn: Michael J. Lombardi, Esq.
81 Main Street Street Suite 205
White Plains, NY 10601


Oldcastle Infrastructure, Inc.
7000 Central Parkway Suite 800
Atlanta, GA 30328


Orange Bank & Trust Company
Dolson Avenue Office
212 Dolson Avenue
Middletown, NY 10940


Frank Pignataro
109 Watch Hill Road
Cortlandt Manor, NY 10567


Frank Pignataro
31 Hunt Avenue
Montrose, NY 10548


Laura Marcela Pignataro
182 Lindsay Avenue
Buchanan, NY 10511


PIRRELLO, PERSONTE & FEDER PLLC
Attn: Steven E. Feder, Esq.
1800 Ridge Road East
Rochester, NY 14622

Tesser & Cohen
Attn: Danielle E. Cohen, Esq.
946 Main Street
Hackensack, NJ 07601


Thalle Industries, Inc.
Attn: President
51 NY-100
Briarcliff Manor, NY 10510


The Catalina Law Firm
Attn: Andrea N. Catalina, Esq.
1013 Brown Street
Peekskill, NY 10566


The Sherwin-Williams
Company
851 Ridge Road East
Rochester, NY 14622


TruFund Financial Services,
Inc.
Attn: Michael Vaugh, Chief Credit Officer
39 West 37th Street 7th Floor
New York, NY 10018


Trustees of the District
Council No. 9 Painting
Industry Insurance Fund
595 West Hartsdale Avenue
White Plains, NY 10607


Trustees of the Local 806
Structural Steel and Bridge
Painters of Greater New York
Employee Trust Funds
Attn: President
595 West Hartsdale Avenue
White Plains, NY 10607


Trustees of the Operating
Engineers Local 137, 137A,
137B, 137C & 13R Annuity,
Pension, Welfare and
Apprenticeship Skill
Improvement & Safety Funds
of the International Union of
Operating Engineers
Attn: President
1360 Pleasantville Road
Briarcliff Manor, NY 10510

Welby, Brady & Greenblatt, LLP
Giovanni Care, Esq.
11 Martine Avenue 15th Floor
White Plains, NY 10606

Windels, Marx, Lane & Mittendorf, LLC
Attn: James M. Sullivan, Esq.
156 West 56th Street
New York, NY 10019

Yaboo Fence Co., Inc.
Attn: President
95 W Nyack Way
West Nyack, NY 10994

Zisholtz & Zisholtz, LLP
Attn: Stuart S. Zisholtz, Esq.
200 Garden City Plaza Suite 408
Garden City, NY 11530