# United States Bankruptcy Court
## Southern District of New York

In re  **Casabella Contracting of NY, Inc.**                             Case No. _____
                                             Debtor(s)                   Chapter       **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Casabella Contracting of NY, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☑ None [*Check if applicable*]

_____04/22/2022_____
Date

/s/ James J. Rufo
James J. Rufo
Signature of Attorney or Litigant
Counsel for **Casabella Contracting of NY, Inc.**
Bar Number: 5152210
Law Office of James J. Rufo
James J. Rufo, Esq.
1133 Westchester Avenue W N202
West Harrison, NY 10604
Phone: (845) 590-5187
Email: jrufo@jamesrufolaw.com

1