James J. Rufo, Esq.
The Law Office of James J. Rufo
*Proposed Attorney for Debtor*
1133 Westchester Avenue, Suite N-202
White Plains, NY 10604
(914) 600-7161
jrufo@jamesrufolaw.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

IN RE:                                                    CHAPTER 11

CASABELLA CONTRACTING OF N.Y., INC.                       CASE NO. 22

                         DEBTOR
---------------------------------------------------------------X

**APPLICATION FOR AN ORDER AUTHORIZING CASABELLA CONTRACTING OF N.Y., INC.'S RETENTION OF THE LAW OFFICE OF JAMES J. RUFO AS ATTORNEY FOR THE DEBTOR AND DEBTOR-IN-POSSESSION *NUNC PRO TUNC* TO APRIL 25, 2022**

TO:    HONORABLE _____
       UNITED STATES BANKRUPTCY JUDGE:

The Application of Casabella Contracting of N.Y., Inc., the debtor and/or debtor-in-possession (the "Debtor" and/or "Debtor-in-Possession"), for its application to retain James J. Rufo, Esq. of The Law Office of James J. Rufo *nunc pro tunc* to April 25, 2022 (the "Firm") respectfully represents:

1. On April ____ 2022, the Debtor filed a Chapter 11 petition.

2. The Debtor continues to operate and manage its business affairs.

3. No Committee of Unsecured Creditors has been appointed.

4. No Chapter 11 trustee has been appointed.

5. The Debtor needs to employ counsel in this bankruptcy case. Accordingly, the Debtor requests that The Law Office of James J. Rufo be retained as its attorney. The Firm has

experience in the field of insolvency law, and it is qualified to act as Debtor's attorneys and to represent Debtor as the Debtor and Debtor-in-Possession in this bankruptcy case.

    6.    The professional service that the Firm will render include the following:

        a. Advising the Debtor concerning the conduct of the administration of this bankruptcy case;

        b. Preparing all necessary applications and motions as required under the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and Local Bankruptcy Rules;

        c. Preparing a disclosure statement and plan of reorganization; an

        d. Performing all other legal services that are necessary to the administration of the case.

    7.    To the best of the Debtor's knowledge, The Law Office of James J. Rufo has no connection with the Debtor's creditors or any other party in interest or their respective attorneys.

    8.    The Debtor thinks that The Law Office of James J. Rufo is a "disinterested person" as the term is defined in Bankruptcy Code Section 101(14) in that the firm (a) is not a creditor, equity security holder or insider of the Debtor; (b) is not and was not an investment banker for any outstanding security of the Debtor; (c) has not been within three years before the date of the filing of the Debtor's petition an investment banker for a security of the Debtor, or an attorney for such investment banker in connection with the offer, sale, issuance of a security of the Debtor; (d) is not and was not within two years before the date of the filing of the Debtor's petition a director, officer or employee of the Debtor or an investment banker specified in parts (b) or (c) of this paragraph; and (e) does not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or

indirect relationship to, connection with, or interest in, the Debtor or an investment banker specified in parts (b) or (c) of this paragraph, or for any other reason.

9. The Debtor desires to retain the firm as her attorney. The hourly rates typically charged by The Law Office of James J. Rufo are as follows:

a. James J. Rufo, Esq. attorney: $400.00 per hour

b. Paralegals $200.00 per hour

10. The Debtor has paid The Law Office of James J. Rufo a total sum of $16,738.00 in connection with the commencement of this Chapter 11 bankruptcy with $15,000.00 being applied to attorneys' fees and $1,738.00 being disbursed for the chapter 11 filing fee as The Law Office of James J. Rufo, reserves their right to petition the Court in the future for fees.

11. No previous application for the relief sought herein has been made.

**WHEREFORE**, the Debtor respectfully requests that an Order be entered authorizing it to retain The Law Office of James J. Rufo pursuant to a general retainer to represent it in its Chapter 11 case and to perform all of the services set forth in this Application and for such other and further relief as the Court deems just and proper.

Dated: White Plains, New York
April 22, 2022

_____
Laura Marcela Pignataro, President
Casabella Contracting of N.Y., Inc.
*Debtor and/or debtor-in-possession*

Sworn to before me on this
22nd day of April 2022

_____
Notary Public

JAMES JOHN RUFO
NOTARY PUBLIC-STATE OF NEW YORK
No. 02RU6413211
Qualified in Bronx County
My Commission Expires 03-22-2025

3