# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
IN RE:                                                                                          CHAPTER 11

    CASABELLA CONTRACTING OF N.Y., INC.                  CASE NO. 22-

                             DEBTOR
-----------------------------------------------------------------X

### AFFIDAVIT OF LAURA MARCELA PIGNATARO RELATING TO PAYMENT OF THIRD-PARTY RETAINER

STATE OF NEW YORK        )
                                   SS
COUNTY OF WESTCHESTER  )

**I, LAURA MARCELA PIGNATARO**, being duly sworn, deposes and states as follows:

I submit this Affidavit in connection with the debtor and debtor-in-possession Casabella Contracting of N.Y., Inc.'s (the "Debtor") application to retain James J. Rufo, Esq. of The Law Office of James J. Rufo (the "Attorney") as attorney for the Debtor, *nunc pro tunc* to April 25, 2022.

1.    I am the President and 100.00% shareholder of the Debtor.

2.    In order to secure the services of the James J. Rufo, Esq. of The Law Office of James J. Rufo (the "Attorney") as attorney for the Debtor in this Chapter 11 case, I have personally paid the fees of $15,000.00, and the Chapter 11 filing fee of $1,738.00 for a total of $16,738.00, to be incurred in this Chapter 11 bankruptcy case, subject to Bankruptcy Court approval.

3.    Although I have been advised by The Law Office of James J. Rufo to consult with my own counsel, I have not retained independent legal counsel regarding the payment.

4. I understand that the undivided loyalty of The Law Office of James J. Rufo is to its client, the above-captioned Debtor.

5. Further, I am not a creditor of the Debtor and do not have any intention of asserting a claim against the estate of the Debtor for funds advanced for legal fees in this case.

6. The Attorney advised me that they will not represent me with respect to any potential claims that I may have against the Debtor, and that I may wish to seek the advice of separate counsel with respect to same.

7. Based upon the foregoing, it is my belief that I do not have any adverse interest against the estate of the Debtor herein, or with any creditor or any other party in interest.

Dated: White Plains, New York
       April ____, 2022

_____
Laura Marcela Pignataro, President
Casabella Contracting of N.Y., Inc.
*Debtor and debtor-in-possession*

Sworn to before me this
22nd day of April 2022

_____

JAMES JOHN RUFO
NOTARY PUBLIC-STATE OF NEW YORK
No. 02RU6413211
Qualified in Bronx County
My Commission Expires 03-22-2025