# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−7 | User: admin | Date Created: 4/25/2022 |
| Case: 22−22205−shl | Form ID: 309F1 | Total: 51 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Casabella Contracting of NY, Inc. | 182 Lindsey Avenue | Buchanan, NY 10511 |
| ust | United States Trustee | Office of the United States Trustee | U.S. Federal Office Building    201 Varick Street, Room 1006    New York, NY 10014 |
| aty | James J. Rufo | The Law Office of James J. Rufo    1133 Westchester Avenue    Suite N202    White Plains, NY 10604 | |
| smg | Internal Revenue Service | PO Box 7346    Philadelphia, PA 19101−7346 | |
| smg | N.Y. State Unemployment Insurance Fund | P.O. Box 551    Albany, NY 12201−0551 | |
| smg | New York State Tax Commission | Bankruptcy/Special Procedures Section    P.O. Box 5300    Albany, NY 12205−0300 | |
| smg | United States Attorney's Office | Southern District of New York    Attention: Tax & Bankruptcy Unit    86 Chambers Street, Third Floor    New York, NY 10007 | |
| 7940681 | 2111 Albany Post Road, Corp. | 182 Lindsey Ave.    Buchanan, NY 10511 | |
| 7940682 | Barclay Damon LLP | Attn: Christopher A. Cardillo, Esq.    9276 Main Street Suite 3    Clarence, NY 14031 | |
| 7940683 | Barnes, Iaccarino & Shepherd, LLP | Attn: Dana L. Henke, Esq.    258 Saw Mill River Road    Elmsford, NY 10523 | |
| 7940684 | Belway Electrical Contracting Corp. | 66 South Central Avenue    Elmsford, NY 10523 | |
| 7940685 | Board of Trustees of the Westchester Putnam Counti | Attn: President    140 Broadway    Hawthorne, NY 10532 | |
| 7940686 | Capitol Supply Construction Products, LLC | Attn: President    149 Old Turnpike Road    Wayne, NJ 07470 | |
| 7940687 | Casabella Landscaping, Inc. | Attn: President    1022 Lower South Street Suite 4    Peekskill, NY 10566 | |
| 7940688 | Chiesa Shahinian & Giantomasi PC | Attn: Adam P. Friedman, Esq.    11 Times Square, 31st Floor    New York, NY 10036 | |
| 7940689 | Custom Exteriors Systems, Inc. | 12 Orange Turnpike    Sloatsburg, NY 10974 | |
| 7940690 | Deere Credit, Inc. | Attn: President    6400 NW 86th Street, PO BOX 6600    Johnston, IA 50131 | |
| 7940691 | Duane Morris LLP | Attn: Jose A. Aquino, Esq.    1540 Broadway    New York, NY 10036 | |
| 7940692 | Frank Pignataro | 109 Watch Hill Road    Cortlandt Manor, NY 10567 | |
| 7940693 | Frank Pignataro | 31 Hunt Avenue    Montrose, NY 10548 | |
| 7940694 | Holm & O'Hara LLP | Attn: Katherine M. Morgan, Esq.    3 West 35th Street 9th Floor    New York, NY 10001 | |
| 7940695 | Hudson Insurance Company, a Delaware Corporation | 100 William Street 5th Floor    New York, NY 10004 | |
| 7940696 | Jersen Construction Group, LLC | 6 Industry Drive    Waterford, NY 12188 | |
| 7940697 | Jim Reed's Leasing, Inc. | Attn: President    5742 Albany Post Road    Cortlandt Manor, NY 10567 | |
| 7940698 | John Deere Construction & Forestry Company | Attn: President    6400 NW 86th Street, PO BOX 6600    Johnston, IA 50131−6630 | |
| 7940699 | Koski Trucking, Inc. | Attn: President    2005 Maple Avenue    Cortlandt Manor, NY 10567 | |
| 7940704 | LMD Hauling, LLC | Attn: President    382 Old Hopewell Road    Wappingers Falls, NY 12590−4315 | |
| 7940700 | Laborers Local Union 754 / Laborers Local 754 Welf | Attn: Stephen Reich, Business Manager    215 Old Nyack Turnpike    Spring Valley, NY 10977 | |
| 7940701 | Laura Marcela Pignataro | 182 Lindsay Avenue    Buchanan, NY 10511 | |
| 7940702 | Lewis & Greer, P.C. | Attn: J. Scott Greer, Esq.    510 Haight Avenue Suite 202    Poughkeepsie, NY 12603 | |
| 7940703 | Lindsey Real Estate Corp. | 182 Lindsey Ave.    Croton On Hudson, NY 10520 | |
| 7940705 | Local No. 46 Metallic Lathers Union | Attn: President    1322 Third Avenue    New York, NY 10021 | |
| 7940706 | Marjam Supply Company | Attn: President    885 Conklin Street    Farmingdale, NY 11735 | |
| 7940707 | Marshall M. Stern, P.C. | Attn: Marshall M. Stern, Esq.    17 Cardiff Court    Huntington Station, NY 11746 | |
| 7940708 | Mastropietro Law Group, LLC | Attn: John P. Mastropietro, Esq.    63 Franklin Street    Saratoga Springs, NY 12866 | |
| 7940709 | Michael J. Lombardi, Esq. | Attn: Michael J. Lombardi, Esq.    81 Main Street Street Suite 205    White Plains, NY 10601 | |
| 7940710 | Oldcastle Infrastructure, Inc. | 7000 Central Parkway Suite 800    Atlanta, GA 30328 | |
| 7940711 | Orange Bank & Trust Company | Dolson Avenue Office    212 Dolson Avenue    Middletown, NY 10940 | |
| 7940712 | PIRRELLO, PERSONTE & FEDER PLLC | Attn: Steven E. Feder, Esq.    1800 Ridge Road East    Rochester, NY 14622 | |
| 7940713 | Tesser & Cohen | Attn: Danielle E. Cohen, Esq.    946 Main Street    Hackensack, NJ 07601 | |
| 7940714 | Thalle Industries, Inc. | Attn: President    51 NY−100    Briarcliff Manor, NY 10510 | |
| 7940715 | The Catalina Law Firm | Attn: Andrea N. Catalina, Esq.    1013 Brown Street    Peekskill, NY 10566 | |
| 7940716 | The Sherwin−Williams Company | 851 Ridge Road East    Rochester, NY 14622 | |
| 7940717 | TruFund Financial Services, Inc. | Attn: Michael Vaugh, Chief Credit Office    39 West 37th Street 7th Floor    New York, NY 10018 | |

| | | | | |
|---|---|---|---|---|
| 7940718 | Trustees of the District Council No. 9 Painting In | 595 West Hartsdale Avenue | White Plains, NY 10607 | |
| 7940719 | Trustees of the Local 806 Structural Steel and Bri | Attn: President | 595 West Hartsdale Avenue | White Plains, NY 10607 |
| 7940720 | Trustees of the Operating Engineers Local 137, 137 | Attn: President | 1360 Pleasantville Road | Briarcliff Manor, NY 10510 |
| 7940721 | Welby, Brady & Greenblatt, LLP | Giovanni Care, Esq. | 11 Martine Avenue 15th Floor | White Plains, NY 10606 |
| 7940722 | Windels, Marx, Lane & Mittendorf, LLC | Attn: James M. Sullivan, Esq. | 156 West 56th Street | New York, NY 10019 |
| 7940723 | Yaboo Fence Co., Inc. | Attn: President | 95 W Nyack Way | West Nyack, NY 10994 |
| 7940724 | Zisholtz & Zisholtz, LLP | Attn: Stuart S. Zisholtz, Esq. | 200 Garden City Plaza Suite 408 | Garden City, NY 11530 |

TOTAL: 51