| | |
|---|---|
| James J. Rufo, Esq.<br>The Law Office of James J. Rufo<br>*Proposed Attorney for the Debtor*<br>1133 Westchester Avenue, Suite N-202<br>White Plains, NY 10604<br>(914) 600-7161<br>jrufo@jamesrufolaw.com | **PRESENTMENT DATE: MAY 12, 2022**<br>**PRESENTMENT TIME: 12:00 NOON** |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X

IN RE:                                                                                   CHAPTER 11

      CASABELLA CONTRACTING OF N.Y., INC.                  CASE NO. 22-22205 (SHL)

      DEBTOR
---------------------------------------------------------------X

**NOTICE OF PRESENTMENT OF APPLICATION FOR ORDER AUTHORIZING**
**CASABELLA CONTRACTING OF N.Y., INC.'S RETENTION OF THE LAW**
**OFFICE OF CHARLES A. HIGGS AS SPECIAL COUNSEL FOR THE DEBTOR**
**AND DEBTOR-IN-POSSESSION *NUNC PRO TUNC* TO APRIL 25, 2022**

      **PLEASE TAKE NOTICE**, that upon the annexed application (the "Application") of the debtor and/or debtor-in-possession of Casabella Contracting of N.Y., Inc. ("Debtor" and/or "Debtor-in-Possession") for an Order Authorizing its Retention of the Law Office of Charles A. Higgs as Special Counsel for the Debtor by its proposed attorney, The Law Office of James J. Rufo, Affidavit in Support and Proposed Order will be presented by the undersigned for approval and signature to the Honorable Sean H. Lane United States Bankruptcy Judge, at the United States Bankruptcy Courthouse, 300 Quarropas Street, White Plains, NY 10601 on **12th day of May 2022 at 12:00 NOON.**

      **PLEASE TAKE FURTHER NOTICE**, that objections, if any, to the relief requested in the Motion must be made in writing, filed with the Court on the Court's Electronic Case Filing System, at www.ecf.nysb.uscourts.gov (login and password required), with a copy delivered directly to Chambers and served upon The Law Office of James J. Rufo, 1133 Westchester

Avenue, Suite N-202, White Plains, NY 10604, so as to be received no later than three (3) days before the Presentment Date.

**PLEASE TAKE FURTHER NOTICE**, that in the event that an objection is received, the Court may hold a hearing with respect to the signature of this Order, and the undersigned will inform any party filing an objection as to the date and time of the hearing.

Dated: White Plains, New York
April 25, 2022

### THE LAW OFFICE OF JAMES J. RUFO

By:   *James J. Rufo*
James J. Rufo, Esq.
*Proposed Attorney for Debtor*
1133 Westchester Avenue, Suite N-202
White Plains, NY 10604
(914) 600-7161
jrufo@jamesrufolaw.com