UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
IN RE:                                                                        Case No. 22-22205 (NHL)

**CASABELLA CONTRACTING OF NY, INC.,**

                                                                              NOTICE OF APPEARANCE

        Debtor.
------------------------------------------------------------------------x

      **PLEASE TAKE NOTICE THAT** the Law Offices of Cushner & Associates, P.C. hereby appear in this action on behalf of Receiver **Frank Pignataro**, and that the undersigned has been retained as attorney and demands that copies of all papers and proceedings had herein be served upon the undersigned at the office indicated below. I certify that I am admitted to practice in this Court.

**DATED**: White Plains, New York
        May 3, 2022

        Respectfully submitted,

        CUSHNER & ASSOCIATES, P.C.

        By: */s/ Todd S. Cushner*
        Todd S. Cushner, Esq.
        *Attorney for Debtor*
        399 Knollwood Road, Suite 205
        White Plains, New York 10603
        (914) 600-5502 / (914) 600-5544
        todd@cushnerlegal.com