| | |
|---|---|
| WILLIAM K. HARRINGTON<br>United States Trustee for Region 2<br>U.S. Federal Office Building<br>201 Varick Street, Suite 1006<br>New York, New York 10014<br>Telephone: (212) 510–0500<br>By:   Greg M. Zipes, Trial Attorney | **HEARING DATE: June 28, 2022**<br>**HEARING TIME: 2:30 pm** |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

In re

CASABELLA CONTRACTING
OF NY, INC.,

                      Debtor.
-------------------------------------------------------x

Case No. 22-22205 (SHL)

Chapter 11

## **AMENDED NOTICE OF ADJOURNMENT**

**PLEASE TAKE NOTICE,** that upon the motion (ECF Dkt. No. 51) of the United States Trustee for the Southern District of New York, a hearing will be held before the Honorable Sean H. Lane on June 28, 2022 at 2:30 pm or as soon thereafter as counsel may be heard, for an order converting this Chapter 11 case to a case under Chapter 7 of the Bankruptcy Code, or in the alternative, dismissing this Chapter 11 case and such other and further relief as may be deemed just and proper.

PLEASE TAKE FURTHER NOTICE, that participants are required to register their appearance by 4:00 PM the day before any scheduled Zoom® hearing at

1

https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.

Dated: New York, New York
       June 22, 2022

                                WILLIAM K. HARRINGTON,
                                UNITED STATES TRUSTEE

                        ***By:***   ***/s/ Greg M. Zipes***
                                Greg M. Zipes, Trial Attorney
                                201 Varick Street – Suite 1006
                                New York, New York 10014
                                Tel. No. (212) 510-0500
                                Fax. No. (212) 668-2255