# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

IN RE:

CASABELLA CONTRACTING OF NEW YORK, INC,

    Debtor

CASE NO. 22-22205 (SHL)

CHAPTER 11

## NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following qualified individual as Subchapter V trustee in the above-captioned case:

> Yann Geron, Subchapter V Trustee
> c/o Geron Legal Advisors LLC
> 370 Lexington Avenue, Suite 1101
> New York, NY 10017
> (646) 560-3224

The trustee's verified statement of disinterestedness and anticipated rate of compensation is attached to this notice.

Date:   June 28, 2022

William K. Harrington
United States Trustee for Region 2
U.S. Department of Justice
Office of the United States Trustee
201 Varick Street, Room 1006
New York, New York 10014

By: **/s/ Greg M. Zipes**
Greg M. Zipes
Trial Attorney