UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>CASABELLA CONTRACTING OF NEW YORK, INC.<br><br>Debtor. | Chapter 11<br><br>Case No. 22-22205 (SHL) |

## AMENDED VERIFIED STATEMENT OF SUBCHAPTER V TRUSTEE

In connection with the United States Trustee's Notice of Appointment of me as Subchapter V trustee in this proceeding, I hereby verify that I am a "disinterested person" as defined by 11 U.S.C. §101(14) in that I:

(a) am not a creditor, equity security holder or insider of the debtor;

(b) am not, and was not, within two years before the date of filing of the petition, a director, officer, or employee of the debtor; and

(c) do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason.

I further verify that in connection with the United States Trustee's Notice of Appointment of me as Subchapter V trustee in this proceeding, that Geron Legal Advisors and each of its employees is also a "disinterested person" as defined by 11 U.S.C. §101(14) and the designations listed above.

My hourly rate is $800 per hour, which is my rate on all cases and all clients, and is subject to yearly adjustment. I will endeavor to arrive at an agreement with the debtor early in this case which takes into consideration the debtor's financial situation and which may result in a lower hourly realization rate at the conclusion of this case.

I will be compensated subject to court approval pursuant to 11 U.S.C. § 330.  In addition, I will also be seeking reimbursement for any actual and necessary expenses I incur.

Dated:   New York, New York
        June 28, 2022

                                      *s/ Yann Geron*
                                      Yann Geron, Subchapter V Trustee
                                      c/o Geron Legal Advisors LLC
                                      370 Lexington Avenue, Suite 1101
                                      New York, NY 10017
                                      (646) 560-3224