| | |
|---|---|
| James J. Rufo, Esq. | **HEARING DATE: JULY 7, 2022** |
| The Law Office of James J. Rufo | **HEARING TIME: 3:00 P.M.** |
| *Proposed Attorney for Debtor* | |
| 1133 Westchester Avenue, Suite N-202 | |
| White Plains, NY  10604 | |
| (914) 600-7161 | |
| jrufo@jamesrufolaw.com | |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X

IN RE:                                                                                          CHAPTER 11

CASABELLA CONTRACTING OF N.Y., INC.,                      CASE NO. 22-22205 (SHL)

DEBTOR
---------------------------------------------------------------X

## NOTICE OF ADJOURNMENT OF ALL MATTERS

**PLEASE TAKE NOTICE,** that all matters are been adjourned to **July 7, 2022, at 3:00 p.m. via Zoom https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl**.

Dated:     White Plains, New York
           June 29, 2022

                                                Respectfully submitted,


By:      */s/ James J. Rufo*
         James J. Rufo, Esq.
         The Law Office of James J. Rufo
         *Proposed Attorney for the Debtor*
         1133 Westchester Avenue, Suite N-202
         White Plains, NY 10604
         (914) 600-7161
         jrufo@jamesrufolaw.com