Todd S. Cushner, Esq.
Cushner & Associates, P.C.
*Attorneys for Frank Pignataro*
399 Knollwood Road, Suite 205
White Plains, New York 10603
(914) 600-5502 / (914) 600-5544
todd@cushnerlegal.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

IN RE:                                                                CHAPTER 11

    CASABELLA CONTRACTING OF N.Y. INC.,          CASE NO. 22-22205 SHL

                      DEBTOR
-------------------------------------------------------------X

## DECLARATION OF FRANK PIGNATARO, RECEIVER IN OPPOSTION TO DEBTOR'S MOTION FOR CONTEMPT OF COURT AN SANCTIONS

I, Frank **Pignataro**, in accordance with 28 U.S.C sec 1746 declares under penalty of perjury that the following is true and correct.

1. I am over the age of eighteen (18) and have personal knowledge of the facts testified to herein, and I am competent to testify in this action.

2. I have been appointed by The Honorable Judge Lewis Lubell of the Supreme Court of New York, County of Westchester as Receiver for Casabella Contracting Inc. in the above captioned case.

3. I own Casabella Landscaping, Inc which is a separate corporation than the debtor and has been in business for a significant period of time.

4. Casabella Landscaping is a non-union shop fully owned by me. There has never been another or additional owner.

5. From the date of filing of this chapter 11 proceeding I have endeavored to cooperate in every respect with Debtors counsel.

6. I have supplied numerous documents: I have located physical assets and I have testified under oath by the United States Trustee. I have no motive to delay or hinder the Debtor and its professionals in locating possible sources of revenue.

7. I am prepared to testify under a 2004 exam by debtor's counsel at any time and I will supply any additional documents that are in my possession or dominion and control.

8. I have read the response prepared by my counsel and swear under penalty of perjury the the statements contained herein are true and correct.

_____
Frank Pignataro, Receiver

State of New York
County of Westchester

On the 1st day of June in the year 2022, before me, the undersigned notary public, personally appeared Frank Pignataro, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

_____
Todd Cushner, Esq
Notary Public

TODD S. CUSHNER
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02CU6071553
Qualified in Westchester County
Commission Expires March 18, 20 26