# The Law Office of James J. Rufo

1133 Westchester Avenue, Suite N-202 • White Plains, New York 10604
Phone (914) 600-7161 • Cell (845) 590-5187 • WWW.NYBKATTORNEY.COM

July 7, 2022

**VIA ECF**
Hon. Sean H. Lane
US Bankruptcy Court
Southern District of New York
300 Quarropas Street, Room 147
White Plains, NY 10601

**Re**:   Casabella Contracting of N.Y., Inc., Chapter 11, Case No. 22-22205 (SHL)
Case Management Status Conference – July 7, 2022, at 3:00 P.M.

Dear Judge Lane:

Please accept the following status report and proposed agenda for the debtor and debtor-in-possession Casabella Contracting of N.Y., Inc. (the "Debtor") in advance of the Case Management Status Conference on July 7, 2022, at 3:00 P.M.

I.   **Case Management Status Conference**

   a. Status of Collection of Receivables from Richards Plumbing and Heating, CO., Inc.  Expect to finalize settlement on or before July 31, 2022.
   b. Richards and the Debtor entered a total of seven (7) written agreements six (6) with the New York City Housing Authority and one (1) with the New York Health & Hospitals Corporation ("NYCH&H") whereby Richards agreed to furnish certain work, labor, materials, and services in connection with the seven (7) projects (collectively, the "Projects") known as:

   i. Metropolitan Hospital Project: Value = **$52,588.25**
   ii. Rangel Houses Project: Value = **$85,522.82**
   iii. Marlboro Houses Project: Value = **$0.00**
   iv. Riis Houses Project: Value = **$59,286.54**
   v. Wilson Houses Project: Value = **$35,164.7**
   vi. Smith Houses Project: Value = **$7,411.10**
   vii. Grant Houses Project: Value = TBA

   **Total Estimated Value: $239,973.41**

# The Law Office of James J. Rufo

1133 Westchester Avenue, Suite N-202 • White Plains, New York 10604
Phone (914) 600-7161 • Cell (845) 590-5187 • [WWW.NYBKATTORNEY.COM](WWW.NYBKATTORNEY.COM)

July 7, 2022

II. **Status Conference Re: Insurance** –

   a. Correspondence from North American Marketing Specialists, Inc. ("NAM Spec.") with insurance quote – expects vehicles insured by Friday, July 8, 2022
      i. Vehicle List
      ii. Maltz Estimated Valuation of Vehicles and Equipment ($389,000.00) (Annexed hereto as **Exhibit "A"** is the Letter from NAM Spec., Vehicle List, Maltz Estimated Valuation).

III. **Doc. #44 Ex Parte Application for FRBP 2004 Examination *of Frank Pignataro*
Ex Parte Application for FRBP 2004 Examination *of Frank Pignataro***
   a. Doc. #47 Letter Filed by Todd S. Cushner on behalf of Frank Pignataro
   b. Doc. #50 Letter re: Debtor's Reply to Letter filed at ECF #47
   c. Doc. #67 Letter Consenting to 2004 Document Request/ 2004 Exam and Request for Withdrawal of Letter Filed on June 13, 2022 at Doc. No.: 47

IV. **Doc. #45 Ex Parte Application for FRBP 2004 Examination *of Ryan Chianelli***

V. **Doc. #46 Motion for Contempt For Violation Of This Courts Temporary Restraining Order, Dated May 4, 2022**

   a. Doc. #68 Ex Parte Opposition by receiver, Frank Pignataro
   b. Doc. #73 Debtor's Response Reply in Further Support of Debtor's Motion

VI. **Doc. #51 Motion For An Order To Convert Or Dismiss Chapter 11 Case (Filed On Shortened Notice)**

   a. Doc. #61 Opposition of Principal Marcela Pignataro to UST Motion
   b. Doc. #63 Opposition to the US Trustee's Motion to Convert Chapter 11 Case to Chapter 7 or Dismiss Case
   c. Doc. #74 Reply to Motion /notice of lapsed insurance

VII. **Doc. #57 Election To Proceed Under Subchapter V**

Thank you for your timely attention to this matter.

                                                Sincerely yours,

                                                */s/ James J. Rufo*
                                                James J. Rufo, Esq.
                                                *Proposed Attorney for the Debtor*