# EXHIBIT B

TO REMOVE THIS VEHICLE FROM POLICY
SUBMIT COPY TO INSURANCE COMPANY
PLATE SURRENDER

| PLATE | REG TYPE | YR | MAKE | REG EXPIRES |
|---|---|---|---|---|
| HVL8699 | PAS | 2013 | DODGE | 12/31/21 |

CASABELLA
CONTRACTNG OF NY INC
182 LINDSEY AVE
BUCHANAN          NY    10511

**VIN**    3C4PDDBGXDT661838
**SURRENDER DATE**          08/30/21
**ITEMS SURRENDERED**        PLATES DESTROYED

8151403G  AUG 30 2021
MEB PSK506

**8151403G**

FS-6T (1/15)    COMMISSIONER OF MOTOR VEHICLES        PART 1

TO REMOVE THIS
SUBMIT COPY TO
PLATE SURRENDE

| PLATE | REG TYPE |
|---|---|
| HVL8699 | PAS |

**VIN**    3C4PDDB
**SURRENDER DATE**
**ITEMS SURRENDERED**

CASABELL
CONTRACT
182 LIND
BUCHANAN

8151403G
MEB PSK506
**8151403G**

FS-6T (1/15)    COMMISSIONE

TO REMOVE THIS VEHICLE FROM POLICY
SUBMIT COPY TO INSURANCE COMPANY
PLATE SURRENDER

| PLATE | REG TYPE | YR | MAKE | REG EXPIRES |
|-------|----------|-----|------|-------------|
| 48827MJ | COM | 2017 | MACK | 07/31/21 |

CASABELLA CONTRACTNG
OF NY INC
182 LINDSEY AVE
BUCHANAN          NY    10511

VIN    1M2AX07C8HM032646
SURRENDER DATE        08/20/21
ITEMS SURRENDERED      PLATES DESTROYED

8854849G  AUG 20 2021
RDI PSK501

8854849G

FS-6T (1/15)    COMMISSIONER OF MOTOR VEHICLES        PART 1

---

TO REMOVE THIS
SUBMIT COPY TO
PLATE SURRENDE

| PLATE | REG TYPE |
|-------|----------|
| 48827MJ | COM |

VIN    1M2AX07(
SURRENDER DATE
ITEMS SURRENDERED

CASABELLA
OF NY INC
182 LINDS
BUCHANAN

8854849G AU
RDI PSK501

8854849G

FS-6T (1/15)    COMMISSIONE

TO REMOVE THIS VEHICLE FROM POLICY
SUBMIT COPY TO INSURANCE COMPANY
PLATE SURRENDER

*emailed to Spain for Insurance Removal* (handwritten note)

| YR | MAKE | REG EXPIRES |
|---|---|---|
| 2018 | MACK | 01/31/22 |

CASABELLA
LANDSCAPING INC
182 LINDSAY AVE
BUCHANAN          NY    10511

VIN    1M2AX07C6JM038399
SURRENDER DATE         08/20/21
ITEMS SURRENDERED      PLATES DESTROYED

8854848G  AUG 20 2021
RDI PSK501

**8854848G**

FS-6T (1/15)    COMMISSIONER OF MOTOR VEHICLES          PART 1

---

TO REMOVE THIS
SUBMIT COPY TO
PLATE SURRENDE

| PLATE | REG TYPE |
|---|---|
| 47102MM | COM |

VIN    1M2AX07
SURRENDER DATE
ITEMS SURRENDERED

CASABELLA
LANDSCAPI
182 LINDS
BUCHANAN

8854848G
RDI PSK501
**8854848G**

FS-6T (1/15)    COMMISSIONE

TO REMOVE THIS VEHICLE FROM POLICY
SUBMIT COPY TO INSURANCE COMPANY
PLATE SURRENDER

| PLATE | REG TYPE | YR | MAKE | REG EXPIRES |
|-------|----------|------|------|-------------|
| 77318MM | COM | 2019 | FORD | 08/31/21 |

CASABELLA CONTRACTNG
OF NY INC
182 LINDSEY AVE
BUCHANAN        NY    10511

VIN    1FDUF5HT2KDA22567
SURRENDER DATE    08/20/21
ITEMS SURRENDERED    PLATES DESTROYED

8854847G  AUG 20 2021
RDI PSK501

**8854847G**

FS-6T (1/15)    COMMISSIONER OF MOTOR VEHICLES    PART 1

TO REMOVE THIS
SUBMIT COPY TO
PLATE SURRENDE

| PLATE | REG TYPE |
|-------|----------|
| 77318MM | COM |

VIN    1FDUF5H
SURRENDER DATE
ITEMS SURRENDERED

CASABELLA
OF NY INC
182 LINDS
BUCHANAN

8854847G A
RDI PSK501

**8854847G**

FS-6T (1/15)    COMMISSIONE

TO REMOVE THIS VEHICLE FROM POLICY
SUBMIT COPY TO INSURANCE COMPANY
PLATE SURRENDER

| PLATE | REG TYPE | YR | MAKE | REG EXPIRES |
|-------|----------|------|-------|-------------|
| 98706MN | COM | 2010 | CHEVR | 06/30/22 |

CASABELLA
CONTRACTNG OF NY INC
182 LINDSEY AVENUE
BUCHANAN          NY    10511

VIN   1GCPCPEX8AZ267565
SURRENDER DATE        08/25/21
ITEMS SURRENDERED     PLATES DESTROYED

8854924G  AUG 25 2021
RDI PSK501

# 8854924G

FS-6T (1/15)    COMMISSIONER OF MOTOR VEHICLES        PART 1

---

TO REMOVE THIS
SUBMIT COPY TO
PLATE SURRENDER

| PLATE | REG TYPE |
|-------|----------|
| 98706MN | COM |

VIN   1GCPCPE
SURRENDER DATE
ITEMS SURRENDERED

CASABELL
CONTRACT
182 LIND
BUCHANAN

8854924G
RDI PSK50

8854924G

FS-6T (1/15)    COMMISSION

TO REMOVE THIS VEHICLE FROM POLICY
SUBMIT COPY TO INSURANCE COMPANY
PLATE SURRENDER

TO REMOVE THIS
SUBMIT COPY TO
PLATE SURRENDER

| PLATE | REG TYPE | YR | MAKE | REG EXPIRES |
|---|---|---|---|---|
| KFB5617 | PAS | 2013 | FORD | 07/31/22 |

| PLATE | REG TYPE |
|---|---|
| KFB5617 | PAS |

CASABELLA
CONTRACTNG OF NY INC
182 LINDSEY AVE
BUCHANAN        NY    10511

VIN     1FTEX1EMXDFD85198
SURRENDER DATE        08/25/21
ITEMS SURRENDERED     PLATES DESTROYED

VIN     1FTEX1E
SURRENDER DATE
ITEMS SURRENDERED

CASABELL
CONTRACT
182 LIND
BUCHANAN

8854910G  AUG 25 2021
RDI PSK501

8854910G  
RDI PSK50

**8854910G**

**8854910G**

FS-6T (1/15)    COMMISSIONER OF MOTOR VEHICLES        PART 1

FS-6T (1/15)    COMMISSIONE

TO REMOVE THIS VEHICLE FROM POLICY
SUBMIT COPY TO INSURANCE COMPANY
PLATE SURRENDER

ONE YEAR REFUND REQUESTED

| PLATE | REG TYPE | YR | MAKE | REG EXPIRES |
|---|---|---|---|---|
| 12094MM | COM | 2019 | FORD | 02/28/23 |

CASABELLA
CONTRACTNG OF NY INC
182 LINDSEY AVE
BUCHANAN          NY    10511

**VIN**     1FTBF2B64KED89705
**SURRENDER DATE**      08/25/21
**ITEMS SURRENDERED**      PLATES DESTROYED

8854911G  AUG 25 2021
RDI PSK501

# 8854911G

FS-6T (1/15)     COMMISSIONER OF MOTOR VEHICLES     PART 1

---

TO REMOVE THIS
SUBMIT COPY TO
PLATE SURRENDER

| PLATE | REG TYPE |
|---|---|
| 12094MM | COM |

**VIN**     1FTBF2B
**SURRENDER DATE**
**ITEMS SURRENDERED**

CASABELL
CONTRACT
182 LIND
BUCHANAN

8854911G
RDI PSK501

# 8854911G

FS-6T (1/15)     COMMISSIONE

TO REMOVE THIS VEHICLE FROM POLICY
SUBMIT COPY TO INSURANCE COMPANY
PLATE SURRENDER

| PLATE | REG TYPE | YR | MAKE | REG EXPIRES |
|-------|----------|----|------|-------------|
| 29382ME | COM | 2003 | GMC | 12/31/21 |

CASABELLA CNTRCTNG
OF NY INC
182 LINDSEY AVE
BUCHANAN          NY    10511

**VIN**    1GDJK34103E336947
**SURRENDER DATE**        08/25/21
**ITEMS SURRENDERED**       PLATES DESTROYED

8854912G  AUG 25 2021
RDI PSK501

**8854912G**

FS-6T (1/15)    COMMISSIONER OF MOTOR VEHICLES        PART 1

TO REMOVE THIS
SUBMIT COPY TO
PLATE SURRENDER

| PLATE | REG TYPE |
|-------|----------|
| 29382ME | COM |

**VIN**    1GDJK34
**SURRENDER DATE**
**ITEMS SURRENDERED**

CASABELL
OF NY IN
182 LIND
BUCHANAN

8854912G
RDI PSK50

**8854912G**

FS-6T (1/15)    COMMISSIONE

TO REMOVE THIS VEHICLE FROM POLICY
SUBMIT COPY TO INSURANCE COMPANY
PLATE SURRENDER

| PLATE | REG TYPE | YR | MAKE | REG EXPIRES |
|---|---|---|---|---|
| 71119MB | COM | 2014 | RAM | 07/31/22 |

CASABELLA
CONTRACTNG OF NY INC
182 LINDSEY AVE
BUCHANAN          NY     10511

VIN     3C63R3BJ1EG252280
SURRENDER DATE          08/25/21
ITEMS SURRENDERED       PLATES DESTROYED

8854913G  AUG 25 2021
RDI PSK501

8854913G

FS-6T (1/15)     COMMISSIONER OF MOTOR VEHICLES          PART 1

---

TO REMOVE THIS
SUBMIT COPY TO
PLATE SURRENDEF

| PLATE | REG TYPE |
|---|---|
| 71119MB | COM |

VIN     3C63R3B
SURRENDER DATE
ITEMS SURRENDERED

CASABELL
CONTRACT
182 LIND
BUCHANAN

8854913G
RDI PSK501

8854913G

FS-6T (1/15)     COMMISSIONE

TO REMOVE THIS VEHICLE FROM POLICY
SUBMIT COPY TO INSURANCE COMPANY
PLATE SURRENDER

TO REMOVE THIS
SUBMIT COPY TO
PLATE SURRENDEF

| PLATE | REG TYPE | YR | MAKE | REG EXPIRES |
|-------|----------|------|------|-------------|
| 98718MN | COM | 2013 | FORD | 06/30/22 |

| PLATE | REG TYPE |
|-------|----------|
| 98718MN | COM |

CASABELLA CONTRACTNG
OF NY INC
182 LINDSEY AVE
BUCHANAN          NY    10511

**VIN**    1FTFX1EF7DFB56449
**SURRENDER DATE**          08/25/21
**ITEMS SURRENDERED**        PLATES DESTROYED

**VIN**    1FTFX1E
**SURRENDER DATE**
**ITEMS SURRENDERED**

CASABELL
OF NY IN
182 LIND
BUCHANAN

8854914G  AUG 25 2021
RDI PSK501

8854914G  .
RDI PSK501

# 8854914G

# 8854914G

FS-6T (1/15)    COMMISSIONER OF MOTOR VEHICLES          PART 1

FS-6T (1/15)    COMMISSIONE

TO REMOVE THIS VEHICLE FROM POLICY
SUBMIT COPY TO INSURANCE COMPANY
PLATE SURRENDER

TO REMOVE THIS
SUBMIT COPY TO
PLATE SURRENDER

| PLATE | REG TYPE | YR | MAKE | REG EXPIRES |
|-------|----------|-----|------|-------------|
| 78490MD | COM | 2005 | CHEVR | 10/31/21 |

| PLATE | REG TYPE |
|-------|----------|
| 78490MD | COM |

CASABELLA CONTRACTNG
OF NY INC
182 LINDSEY AVE
BUCHANANA      NY    10511

**VIN** 1GCFH15T451169936
**SURRENDER DATE** 08/25/21
**ITEMS SURRENDERED** PLATES DESTROYED

**VIN** 1GCFH15
**SURRENDER DATE**
**ITEMS SURRENDERED**

CASABELL
OF NY IN
182 LIND
BUCHANAN

8854915G  AUG 25 2021
RDI PSK501

8854915G  
RDI PSK50

# 8854915G

# 8854915G

FS-6T (1/15)    COMMISSIONER OF MOTOR VEHICLES    PART 1

FS-6T (1/15)    COMMISSIONE

TO REMOVE THIS VEHICLE FROM POLICY
SUBMIT COPY TO INSURANCE COMPANY
PLATE SURRENDER

| PLATE | REG TYPE | YR | MAKE | REG EXPIRES |
|-------|----------|------|------|-------------|
| 29388ME | COM | 2012 | UD | 12/31/21 |

CASABELLA CONTRACTNG
OF NY INC
182 LINDSEY AVE
BUCHANAN        NY   10511

VIN   JNAC410H2CAD15089
SURRENDER DATE        08/25/21
ITEMS SURRENDERED    1 PLATE

8854916G  AUG 25 2021
RDI PSK501

8854916G

FS-6T (1/15)    COMMISSIONER OF MOTOR VEHICLES    PART 1

---

TO REMOVE THIS
SUBMIT COPY TO
PLATE SURRENDER

| PLATE | REG TYPE |
|-------|----------|
| 29388ME | COM |

VIN   JNAC410
SURRENDER DATE
ITEMS SURRENDERED

CASABELL
OF NY IN
182 LIND
BUCHANAN

8854916G
RDI PSK501

8854916G

FS-6T (1/15)    COMMISSION

TO REMOVE THIS VEHICLE FROM POLICY
SUBMIT COPY TO INSURANCE COMPANY
PLATE SURRENDER

| PLATE | REG TYPE | YR | MAKE | REG EXPIRES |
|-------|----------|------|------|-------------|
| 39433MD | COM | 2014 | RAM | 02/28/22 |

CASABELLA
CONTRACTNG OF NY INC
182 LINDSEY AVE
BACHANAN        NY    10511

**VIN**    3C63R3BL6EG191056
**SURRENDER DATE**    08/25/21
**ITEMS SURRENDERED**    PLATES DESTROYED

8854922G  AUG 25 2021
RDI PSK501

# 8854922G

FS-6T (1/15)    COMMISSIONER OF MOTOR VEHICLES    PART 1

---

TO REMOVE THIS
SUBMIT COPY TO
PLATE SURRENDER

| PLATE | REG TYPE |
|-------|----------|
| 39433MD | COM |

**VIN**    3C63R3B
**SURRENDER DATE**
**ITEMS SURRENDERED**

CASABELL
CONTRACT
182 LIND
BACHANAN

8854922G
RDI PSK50

# 8854922G

FS-6T (1/15)    COMMISSION

TO REMOVE THIS VEHICLE FROM POLICY
SUBMIT COPY TO INSURANCE COMPANY
PLATE SURRENDER

| PLATE | REG TYPE | YR | MAKE | REG EXPIRES |
|-------|----------|----|----|-------------|
| HHD8919 | PAS | 2009 | TOYOT | 07/31/22 |

CASABELLA
CONTRACTNG OF NY INC
182 LINDSEY AVE
BUCHANAN        NY    10511

**VIN**    2T1KE40E69C030037
**SURRENDER DATE**    08/25/21
**ITEMS SURRENDERED**    PLATES DESTROYED

8854923G AUG 25 2021
RDI PSK501

# 8854923G

FS-6T (1/15)    COMMISSIONER OF MOTOR VEHICLES    PART 1

TO REMOVE THIS
SUBMIT COPY TO
PLATE SURRENDE

| FLATE | REG TYPE |
|-------|----------|
| HHD8919 | PAS |

**VIN**    2T1KE40
**SURRENDER DATE**
**ITEMS SURRENDERED**

CASABELL
CONTRACT
182 LIND
BUCHANAN

8854923G
RDI PSK501

# 8854923G

FS-6T (1/15)    COMMISSIONE

TO REMOVE THIS VEHICLE FROM POLICY
SUBMIT COPY TO INSURANCE COMPANY
PLATE SURRENDER

| PLATE | REG TYPE | YR | MAKE | REG EXPIRES |
|-------|----------|------|-------|-------------|
| 89370ME | COM | 2009 | CHEVR | 03/31/22 |

CASABELLA CONTRACTNG
OF NY INC
182 LINDSEY AVE
BUCHANAN          NY    10511

VIN    1GCEC14X79Z211134
SURRENDER DATE        08/25/21
ITEMS SURRENDERED       PLATES DESTROYED

8854921G  AUG 25 2021
RDI PSK501

8854921G

FS-6T (1/15)    COMMISSIONER OF MOTOR VEHICLES        PART 1

TO REMOVE THIS
SUBMIT COPY TO
PLATE SURRENDE

| PLATE | REG TYPE |
|-------|----------|
| 89370ME | COM |

VIN    1GCEC14
SURRENDER DATE
ITEMS SURRENDERED

CASABELL
OF NY IN
182 LIND
BUCHANAN

8854921G
RDI PSK50

8854921G

FS-6T (1/15)    COMMISSIONE

TO REMOVE THIS VEHICLE FROM POLICY
SUBMIT COPY TO INSURANCE COMPANY
PLATE SURRENDER

| PLATE | REG TYPE | YR | MAKE | REG EXPIRES |
|-------|----------|------|------|-------------|
| 98719MN | COM | 2013 | FORD | 06/30/22 |

CASABELLA CONTRACTNG
OF NY INC
182 LINDSEY AVE
BUCHANAN          NY    10511

VIN    1FTMF1EM9DKF21407
SURRENDER DATE        08/25/21
ITEMS SURRENDERED     PLATES DESTROYED

8854920G  AUG 25 2021
RDI PSK501

**8854920G**

FS-6T (1/15)    COMMISSIONER OF MOTOR VEHICLES        PART 1

TO REMOVE THIS
SUBMIT COPY TO
PLATE SURRENDER

| PLATE | REG TYPE |
|-------|----------|
| 98719MN | COM |

VIN    1FTMF1E
SURRENDER DATE
ITEMS SURRENDERED

CASABELL
OF NY IN
182 LIND
BUCHANAN

8854920G
RDI PSK501

**8854920G**

FS-6T (1/15)    COMMISSIONE

TO REMOVE THIS VEHICLE FROM POLICY
SUBMIT COPY TO INSURANCE COMPANY
PLATE SURRENDER

| PLATE | REG TYPE | YR | MAKE | REG EXPIRES |
|-------|----------|------|------|-------------|
| 29389ME | COM | 2003 | FORD | 12/31/21 |

CASABELLA CONTRACTNG
OF NY INC
182 LINDSEY AVE
BUCHANAN        NY   10511

VIN    1FTSF31F33EB27621
SURRENDER DATE        08/25/21
ITEMS SURRENDERED        PLATES DESTROYED

8854919G  AUG 25 2021
RDI PSK501

8854919G

FS-6T (1/15)    COMMISSIONER OF MOTOR VEHICLES        PART 1

---

TO REMOVE THIS
SUBMIT COPY TO
PLATE SURRENDER

| PLATE | REG TYPE |
|-------|----------|
| 29389ME | COM |

VIN    1FTSF31
SURRENDER DATE
ITEMS SURRENDERED

CASABELL
OF NY IN
182 LIND
BUCHANAN

8854919G
RDI PSK50

8854919G

FS-6T (1/15)    COMMISSION

TO REMOVE THIS VEHICLE FROM POLICY
SUBMIT COPY TO INSURANCE COMPANY
PLATE SURRENDER

| PLATE | REG TYPE | YR | MAKE | REG EXPIRES |
|---|---|---|---|---|
| KFB5618 | PAS | 2013 | FORD | 07/31/22 |

CASABELLA
CONTRACTNG OF NY INC
182 LINDSEY AVE
BUCHANAN          NY    10511

VIN    1FTFX1EF6DFA77080
SURRENDER DATE          08/25/21
ITEMS SURRENDERED    PLATES DESTROYED

8854917G  AUG 25 2021
RDI PSK501

# 8854917G

FS-6T (1/15)     COMMISSIONER OF MOTOR VEHICLES          PART 1

TO REMOVE THIS
SUBMIT COPY TO
PLATE SURRENDER

| PLATE | REG TYPE |
|---|---|
| KFB5618 | PAS |

VIN    1FTFX1E
SURRENDER DATE
ITEMS SURRENDERED

CASABELL
CONTRACT
182 LIND
BUCHANAN

8854917G
RDI PSK501

# 8854917G

FS-6T (1/15)     COMMISSION

TO REMOVE THIS VEHICLE FROM POLICY
SUBMIT COPY TO INSURANCE COMPANY
PLATE SURRENDER

ONE YEAR REFUND REQUESTED

| PLATE | REG TYPE | YR | MAKE | REG EXPIRES |
|---|---|---|---|---|
| 47354NA | COM | 2013 | FORD | 08/31/22 |

CASABELLA
CONTRACTNG OF NY INC
182 LINDSEY AVENUE
BUCHANAN          NY    10511

VIN    1FTEX1EM8DFD85197
SURRENDER DATE          08/25/21
ITEMS SURRENDERED       PLATES DESTROYED

8854918G  AUG 25 2021
RDI PSK501

**8854918G**

FS-6T (1/15)    COMMISSIONER OF MOTOR VEHICLES          PART 1

---

TO REMOVE THIS
SUBMIT COPY TO
PLATE SURRENDEI

| PLATE | REG TYPE |
|---|---|
| 47354NA | COM |

VIN    1FTEX1E
SURRENDER DATE
ITEMS SURRENDERED

CASABELLI
CONTRACT
182 LIND
BUCHANAN

8854918G
RDI PSK50

**8854918G**

FS-6T (1/15)    COMMISSION

TO REMOVE THIS VEHICLE FROM POLICY
SUBMIT COPY TO INSURANCE COMPANY
PLATE SURRENDER

TO REMOVE THIS
SUBMIT COPY TO
PLATE SURRENDE

| PLATE | REG TYPE | YR | MAKE | REG EXPIRES |
|-------|----------|-----|-------|-------------|
| JCR9426 | PAS | 2018 | LA/RO | 08/26/20 |

PIGNATARO, FRANK, S, JR
2036 ALBANY POST RD
CROTON ON HUDS NY    10520

**VIN**    SALWV2SV6JA408118
**SURRENDER DATE**    06/01/20
**ITEMS SURRENDERED**    PLATES DESTROYED
*DUPLICATE*

6857409G  NOV 30 2020
MFH PSK498

**6857409G**

FS-6T (1/15)    COMMISSIONER OF MOTOR VEHICLES    PART 1

| PLATE | REG TYPE |
|-------|----------|
| JCR9426 | PAS |

**VIN**    SALWV2
**SURRENDER DATE**
**ITEMS SURRENDERED**

PIGNATA
2036 AL
CROTON

6857409G
MFH PSK49

**6857409G**

FS-6T (1/15)    COMMISSION