UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

POUGHKEEPSIE Division

| | |
|---|---|
| In Re | |
| CASABELLA CONTRACTING OF NY, INC. | Case No. 22-22205 |
| Debtor(s) | |

Chapter 11 Subchapter V Trustee's Report of No Distribution

I, YANN GERON, having been appointed trustee of the estate of the above‐named debtor(s), report I collected funds totaling: $0.00.  The case was converted on July 13, 2022 to a case under Chapter 7, with no plan confirmed and no plan payments made to the trustee. The Trustee has yet to apply for compensation from the Court, but plans to do so at the appropriate time. I hereby certify that the estate of the above‐named debtor(s) has been fully administered through the date of conversion.  I request that I be discharged from any further duties as Subchapter V Trustee.

Date: 10/24/2022                                              By: YANN GERON
                                                                              Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-11(v)-NDR C**