

| Yann Geron<br>ygeron@geronlegaladvisors.com | 370 Lexington Avenue, Suite 1208<br>New York, NY 10017<br>Tel (646) 560-3224<br>Fax (207) 421-9215<br>geronlegaladvisors.com |
|---|---|

December 31, 2024

**VIA ELECTRONIC FILING**

Vito Genna, Clerk of Court
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004

**Re:    Casabella Contracting of NY, Inc., Debtor; Case No. 22-22205-shl**

Dear Mr. Genna:

I am the chapter 7 trustee of the above-referenced debtor's bankruptcy estate. It appears that assets may be available for distribution to creditors. Accordingly, please send notice to all creditors that this is now an asset case.

Thank you.

Sincerely yours,

*s/ Yann Geron*

Yann Geron
Chapter 7 Trustee