# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK
### 300 QUARROPAS STREET
### WHITE PLAINS, NY 10601

*Vito Genna*
*Clerk of Court*
*(212) 668-2870*

7/24/2026

Yann Geron
Geron Legal Advisors LLC
370 Lexington Avenue
Suite 1208
New York, NY 10017

Re: Casabella Contracting of NY, Inc. 22-22205

Dear Yann Geron,

In reference to the above case, the following document(s) have not been filed. Please note that the document(s) marked below needs to be filed to reflect the progression of the case.

1. ( X ) Status Report
2. (  ) Trustee's Report of No Distribution
3. (  ) Statement Re: Adversary Proceeding(s) Charged to the Estate
4. (  ) Trustee's Final Report and Account
5. (  ) Notice of Distribution
6. (  ) Affidavit of Final Distribution
7. (  ) Other

Please file this document(s) promptly to facilitate the administration and eventual closing of this case or provide a case status.

Thank you for your cooperation in this matter.

Sincerely,

VITO GENNA
Clerk of Court

By: /s/Brent Leonardo Bush, Jr.
    Deputy Clerk