

370 Lexington Avenue, Suite 1208
New York, NY 10017
Tel (646) 560-3224
geronlegaladvisors.com

Yann Geron
ygeron@geronlegaladvisors.com

August 5, 2026

**VIA ELECTRONIC FILING**

Vito Genna, Clerk of Court
United Stated Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

**Re:    Casabella Contracting of NY, Inc., Debtor; Case No. 22-22205-shl**

To the Clerk of Court,

As requested, this letter will serve as a status report for the above-referenced bankruptcy case for which I am serving as chapter 7 trustee.

Based on a review of the Debtor's books and records, the Debtor may qualify for the U.S. Employee Retention Credit ("ERC"). Accordingly, in April 2025, I applied for the ERC on behalf of the Debtor's estate. To date, I have not received any response from the IRS regarding the ERC application. The case must remain open until I determine whether the ERC, if any, holds any benefit to the Debtor's estate.

Respectfully,

*Yann Geron*

Yann Geron
Chapter 7 Trustee

cc (*via email*): Jeannette Litos, Esq.
                         Nicole N. Santucci, Esq.